FILED ___ LODGED
RECEIVED ___ COPY

APR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**SEALED**

| United States of America, | Case No. **CR-18-464-PHX-DJH** |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO SEAL INFORMATION** |
| Carl Ferrer, | |
| Defendant. | |

Based upon the United States of America's Motion to Seal and good cause appearing;

IT IS ORDERED that the Information and Plea Agreement filed in this matter, the Motion to Seal and this Order be filed under seal.

IT IS HEREBY ORDERED that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

DATED this 5th day of April, 2018.

_____
United States Magistrate Judge

CC: None