SEALED

# WAIVER OF INDICTMENT

FILED ☒  LODGED ☐
RECEIVED ☐  COPY ☐

APR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

vs.

TN: Carl Allen Ferrer
Carl Ferrer,

   Defendant.

No. CR-18-464-PHX-DJH

Carl Ferrer, the above-named defendant, who is accused of violating <u>Title 18, United States Code, Section 371 (Conspiracy)</u>; being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CARL FERRER
Defendant

_____
NANCI CLARENCE
JONATHAN BAUM
Attorneys for Defendant

Date: 4-5-18

cc: AUSA, Defense Counsel