__X__ FILED    ____ LODGED
____ RECEIVED  ____ COPY

APR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_SMH_____ DEPUTY

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-464-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **I N F O R M A T I O N** |
| TN: Carl Allen Ferrer<br>Carl Ferrer | |
| | **VIO:** 18 U.S.C. § 371<br>(Conspiracy) |
| Defendants. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

Beginning no later than 2004, and continuing through in or around March 2018, in the District of Arizona and elsewhere, defendant CARL FERRER knowingly and intentionally agreed, confederated, and conspired with others to commit the offenses of Travel Act—Facilitate Prostitution (18 U.S.C. § 1952(a)(3)(A)), Concealment Money Laundering (18 U.S.C. § 1956(a)(1)(B)(i)), International Promotional Money Laundering (18 U.S.C. § 1956(a)(2)(A)), Transactional Money Laundering (18 U.S.C. § 1957(a)), and International Concealment Money Laundering (18 U.S.C. § 1956(a)(2)(B)(i)), and

cc: AUSA, Defense Counsel, PTS, USPO

one of the members of the conspiracy performed at least one overt act for the purpose of carrying out the conspiracy.

All in violation of 18 U.S.C. § 371.

Dated this _March 29, 2018_.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_/s/ Kevin M. Rapp_
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney