X FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____SHA_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TN: Carl Allen Ferrer<br>Carl Ferrer,<br><br>　　　　　Defendant. | No. CR-18-464-PHX-DJH<br><br>**SEALED**<br>**CONSENT OF DEFENDANT** |

　　　After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

　　　☒　Change of Plea Hearing

　　　☐　Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

　　　DATED this 5th day of April, 2018.

_____
Carl Ferrer
Defendant

_____
Nanci Clarence/Jonathan Baum
Counsel for Defendant

_____
Kevin Rapp/Dominic Lanza
Assistant U.S. Attorney

cc: AUSA, Defense Counsel