AO 458 (Rev. 06/09) Appearance of Counsel

```
FN: Carl Allen Ferrer
```

| | |
|---|---|
| ☒ FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

APR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH            DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. CR-18-464-PHX-DJH |
| Carl Ferrer | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carl Ferrer

Date:   04/05/2018

*Attorney's signature*

Nanci Clarence
*Printed name and bar number*

CLARENCE DYER + COHEN LLP

899 ELLIS ST
*Address*
SAN FRANCISCO, CA 94109

nclarence@clarencedyer.com
*E-mail address*

(415) 749-1800
*Telephone number*

(415) 749-1694
*FAX number*

cc: AUSA, Defense Counsel