AO 458 (Rev. 06/09) Appearance of Counsel

|  | FILED | ___ LODGED |
|---|---|---|
|  | X FILED | ___ LODGED |
|  | ___ RECEIVED | ___ COPY |

# UNITED STATES DISTRICT COURT
for the
District of Arizona

APR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMA_____ DEPUTY

TN: Carl Allen Ferrer

_____United States of America_____  )
                 *Plaintiff*                )
                     v.                      )   Case No.  CR-18-464-PHX-DJH
_____Carl Ferrer_____                  )
                 *Defendant*                 )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____Carl Ferrer_____

Date:   __04/05/2018__

_____[signature]_____
*Attorney's signature*

_____Jonathan Baum_____
*Printed name and bar number*
California Bar No. 308469

899 Ellis St. San Francisco, CA 94109
*Address*

jbaum@clarencedyer.com
*E-mail address*

415-574-4571
*Telephone number*

_____
*FAX number*

cc: AUSA, Defense Counsel