☑ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  ELIZABETH A. STRANGE
First Assistant United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4  MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
5  40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
6  Telephone (602) 514-7500

7  JOHN P. CRONAN                      SEALED
Acting Assistant Attorney General
8  Criminal Division, U.S. Department of Justice

9  REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
10  Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
11  Washington, D.C. 20530
Telephone (202) 616-2807
12  Attorneys for Plaintiff

13

14                IN THE UNITED STATES DISTRICT COURT

15                  FOR THE DISTRICT OF ARIZONA

16
United States of America,                CR-18-00464-PHX-DJH
17
                    Plaintiff,           **MOTION TO UNSEAL**
18
          v.                             **(FILED UNDER SEAL)**
19
20  Carl Allen Ferrer,

21                    Defendant.

22

23        The United States of America, by and through counsel undersigned, moves this
24  Court to unseal this case.
25        Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion
26  and order based thereon.
27        Respectfully submitted this 11th day of April, 2018.
28

1

2

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

3

4

KEVIN M. RAPP
DOMINIC LANZA
MARGARET PERLMETER
Assistant U.S. Attorneys

5

6

7

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28