# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00464-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Carl Allen Ferrer, | |
| Defendant. | |

Pending before the Court is the Government's "Motion to Unseal." (Doc. 14.) Finding good cause appearing,

**IT IS ORDERED**:

1. The Motion (Doc. 14) is **granted**.
2. The Clerk of Court shall unseal this matter, effective immediately.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from ___ to ____.

Dated this 12th day of April, 2018.

Honorable John Z. Boyle
United States Magistrate Judge