Nanci L. Clarence (CA SBN 122286)
Jonathan Baum (CA SBN 303469)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jbaum@clarencedyer.com

Attorneys for Defendant Carl Allen Ferrer

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>   v.<br><br>Carl Allen Ferrer,<br><br>               Defendant. | CASE NO. CR-18-464-PHX-DJH-1<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |

    IT IS HEREBY STIPULATED AND AGREED between the Government and Defendant Carl Ferrer, through undersigned counsel, that Defendant Ferrer's release conditions shall be modified to remove the requirements that he be subject to location monitoring and a curfew. Defendant shall remain subject to all other release conditions ordered by the Court in its Order Setting Conditions of Release, Dkt. No. 8, including the condition that he not travel outside the states of Arizona, Texas, and California, except for Court purposes, lawyer conferences, or as approved in advance by the Court or by Pretrial Services.

    On April 5, 2018, Defendant Ferrer voluntarily surrendered and was released from federal custody on personal recognizance. Since that time, he has been residing in Plano, Texas, and is in good standing with Pretrial Services in both the District of Arizona and the Eastern District of Texas.

1  The parties stipulate and agree that the modifications related to the location monitoring and curfew requirements are appropriate given Defendant Ferrer's good standing with Pretrial Services and his continued need to conduct lawful activities, including activities necessary for day-to-day living outside of his home. Pretrial Services Officer Alex Wamboldt has no objection to this modification of the location monitoring and curfew requirements.

IT IS SO STIPULATED:

DATED this 25th day of April, 2018.

CLARENCE DYER & COHEN LLP

By  /s *Nanci L. Clarence*
    Nanci Clarence, *Admitted Pro Hac Vice*
    Attorney for Defendant Carl Allen Ferrer

By  /s *Kevin M. Rapp*
    Kevin M. Rapp
    Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br><br>Carl Allen Ferrer,<br><br>                Defendant. | CASE NO. CR-18-464-PHX-DJH-1<br><br>**[PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, it is hereby ordered that the requirements that Defendant Ferrer be subject to a curfew and that he submit to location monitoring are removed. All other conditions of release shall remain the same.

DATED this _____ day of _____, 2018.

By _____
    The Hon. John Z. Boyle
    United States Magistrate Judge