# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00464-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Carl Allen Ferrer, | |
| Defendant. | |

Pending before the Court is the parties' "Stipulation to Modify Release Conditions." (Doc. 18.) The assigned Pretrial Services Officer having no objection, and finding good cause appearing,

**IT IS ORDERED**:

1. The Stipulation (Doc. 18) is **granted**.

2. The requirements that Defendant Ferrer be subject to a curfew and that he submit to location monitoring are removed. All other conditions of release in the Court's April 5, 2018 Order shall remain the same.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from ___ to ____.

Dated this 30th day of April, 2018.

Honorable John Z. Boyle
United States Magistrate Judge