# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Carl Allen Ferrer,<br><br>   Defendant. | No. CR-18-00464-001-PHX-DJH<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Upon consideration of the Stipulation for Entry of Preliminary Order of Forfeiture (Doc. 22) filed by the plaintiff, United States of America, and the defendant, Carl Ferrer ("defendant"), pursuant to the information, the defendant's guilty plea to said information, and Rule 32.2(b), Federal Rules of Criminal Procedure, and good cause appearing, the Court **ORDERS** as follows:

Any and all of the defendant's rights, title, and interest in and to the property listed below (the "Forfeited Property") is hereby forfeited to the United States on the ground that it represents or is traceable to proceeds of the underlying violation of conviction. Consistent with the express agreement of the parties, this Order is final as to defendant upon entry.

**IT IS FURTHER ORDERED** the Forfeited Property includes the following:

…
…
…

A. <u>Bank Accounts</u>
1. Any and all bank funds, securities, or other assets on deposit or seized from account number x2912 held at Republic Bank of Arizona. (The estimated value is $170,743.)
2. Any and all bank funds, securities, or other assets on deposit or seized from account number x2500 held at Republic Bank of Arizona. (The estimated value is $597,886.)
3. Any and all bank funds, securities, or other assets on deposit or seized from account number x4832 held at Green Bank. (The estimated value is $98,946.)
4. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of the defendant. (The estimated value is $500,000.)
5. Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously or will be transferred into that account from bitcoin cash wallet address *CYPw8Ms. (The estimated amount of bitcoin cash is 55.)

B. <u>Real Property</u>
1. The real property located at 7409 KingsBarns The Colony, Texas.

C. <u>Domain Names</u>
1. admoderation.com (Versio)
2. admoderators.com (Versio)
3. adnet.ws (NetNames)
4. adplace24.com (Versio)
5. adplaces24.com (Versio)
6. adpost24.com (Versio)
7. adpost24.cz (GoDaddy)

| | | |
|---|---|---|
| 1 | 8. | adquick365.com (Versio) |
| 2 | 9. | adreputation.com (NetNames) |
| 3 | 10. | ads-posted-mp.com (Versio) |
| 4 | 11. | adsplace24.com (Versio) |
| 5 | 12. | adspot24.com (Versio) |
| 6 | 13. | adspots24.com (Versio) |
| 7 | 14. | adsspot24.com (Versio) |
| 8 | 15. | adtechbv.co.nl (NetNames) |
| 9 | 16. | adtechbv.com (NetNames) |
| 10 | 17. | adtechbv.nl (NetNames) |
| 11 | 18. | advert-ep.com (Versio) |
| 12 | 19. | adverts-mp.com (Versio) |
| 13 | 20. | axme.com (GoDaddy) |
| 14 | 21. | back0age.com (NetNames) |
| 15 | 22. | backpa.ge (NetNames) |
| 16 | 23. | backpaee.com (NetNames) |
| 17 | 24. | backpage-insider.com (NetNames) |
| 18 | 25. | backpage.adult (NetNames) |
| 19 | 26. | backpage.ae (NetNames) |
| 20 | 27. | backpage.at (NetNames) |
| 21 | 28. | backpage.ax (NetNames) |
| 22 | 29. | backpage.be (NetNames) |
| 23 | 30. | backpage.bg (European domains) |
| 24 | 31. | backpage.bg (NetNames) |
| 25 | 32. | backpage.ca (NetNames) |
| 26 | 33. | backpage.cl (NetNames) |
| 27 | 34. | backpage.cn (European domains) |
| 28 | 35. | backpage.cn (NetNames) |

| | | |
|---|---|---|
| 36. | backpage.co.id | (NetNames) |
| 37. | backpage.co.nl | (European domains) |
| 38. | backpage.co.nl | (NetNames) |
| 39. | backpage.co.nz | (NetNames) |
| 40. | backpage.co.uk | (NetNames) |
| 41. | backpage.co.ve | (NetNames) |
| 42. | backpage.co.za | (NetNames) |
| 43. | backpage.com | (NetNames) |
| 44. | backpage.com.ar | (NetNames) |
| 45. | backpage.com.au | (NetNames) |
| 46. | backpage.com.ph | (NetNames) |
| 47. | backpage.cz | (NetNames) |
| 48. | backpage.dk | (NetNames) |
| 49. | backpage.ec | (NetNames) |
| 50. | backpage.ee | (European domains) |
| 51. | backpage.ee | (NetNames) |
| 52. | backpage.es | (NetNames) |
| 53. | backpage.fi | (European domains) |
| 54. | backpage.fi | (NetNames) |
| 55. | backpage.fr | (European domains) |
| 56. | backpage.fr | (NetNames) |
| 57. | backpage.gr | (European domains) |
| 58. | backpage.gr | (NetNames) |
| 59. | backpage.hk | (European domains) |
| 60. | backpage.hk | (NetNames) |
| 61. | backpage.hu | (European domains) |
| 62. | backpage.hu | (NetNames) |
| 63. | backpage.ie | (NetNames) |

| | | |
|---|---|---|
| 64. | backpage.in | (NetNames) |
| 65. | backpage.it | (NetNames) |
| 66. | backpage.jp | (NetNames) |
| 67. | backpage.kr | (NetNames) |
| 68. | backpage.lt | (NetNames) |
| 69. | backpage.lv | (European domains) |
| 70. | backpage.lv | (NetNames) |
| 71. | backpage.me | (NetNames) |
| 72. | backpage.mx | (NetNames) |
| 73. | backpage.my | (NetNames) |
| 74. | backpage.net | (NetNames) |
| 75. | backpage.nl | (NetNames) |
| 76. | backpage.no | (European domains) |
| 77. | backpage.no | (NetNames) |
| 78. | backpage.nz | (NetNames) |
| 79. | backpage.pe | (NetNames) |
| 80. | backpage.ph | (NetNames) |
| 81. | backpage.pk | (NetNames) |
| 82. | backpage.pl | (NetNames) |
| 83. | backpage.porn | (NetNames) |
| 84. | backpage.pt | (NetNames) |
| 85. | backpage.ro | (European domains) |
| 86. | backpage.ro | (NetNames) |
| 87. | backpage.se | (NetNames) |
| 88. | backpage.sex | (NetNames) |
| 89. | backpage.sg | (NetNames) |
| 90. | backpage.si | (European domains) |
| 91. | backpage.si | (NetNames) |

| | | |
|---|---|---|
| 92. | backpage.sk (European domains) | |
| 93. | backpage.sk (NetNames) | |
| 94. | backpage.sucks (NetNames) | |
| 95. | backpage.tw (NetNames) | |
| 96. | backpage.uk (NetNames) | |
| 97. | backpage.uk.com (NetNames) | |
| 98. | backpage.us (NetNames) | |
| 99. | backpage.vn (NetNames) | |
| 100. | backpage.xxx (NetNames) | |
| 101. | backpage.xyz (NetNames) | |
| 102. | backpagecompimp.com (NetNames) | |
| 103. | backpagecompimps.com (NetNames) | |
| 104. | backpagepimp.com (NetNames) | |
| 105. | backpagepimps.com (NetNames) | |
| 106. | backpagg.com (NetNames) | |
| 107. | backpagm.com (NetNames) | |
| 108. | backpagu.com (NetNames) | |
| 109. | backpaoe.com (NetNames) | |
| 110. | backpawe.com (NetNames) | |
| 111. | backqage.com (NetNames) | |
| 112. | backrage.com (NetNames) | |
| 113. | backxage.com (NetNames) | |
| 114. | bakkpage.com (NetNames) | |
| 115. | bcklistings.com (NetNames) | |
| 116. | bestofbackpage.com (NetNames) | |
| 117. | bestofbigcity.com (NetNames) | |
| 118. | bickpage.com (NetNames) | |
| 119. | bigcity.com (NetNames) | |

| | | |
|---|---|---|
| 1 | 120. | bpclassified.com (NetNames) |
| 2 | 121. | bpclassifieds.com (NetNames) |
| 3 | 122. | carlferrer.com (NetNames) |
| 4 | 123. | clasificadosymas.com (NetNames) |
| 5 | 124. | clasificadosymas.net (NetNames) |
| 6 | 125. | clasificadosymas.org (NetNames) |
| 7 | 126. | classifiedsolutions.co.uk (NetNames) |
| 8 | 127. | classifiedsolutions.net (NetNames) |
| 9 | 128. | classyadultads.com (Versio) |
| 10 | 129. | columbusbackpage.com (NetNames) |
| 11 | 130. | connecticutbackpage.com (NetNames) |
| 12 | 131. | cracker.co.id (NetNames) |
| 13 | 132. | cracker.com (NetNames) |
| 14 | 133. | cracker.com.au (NetNames) |
| 15 | 134. | cracker.id (NetNames) |
| 16 | 135. | cracker.net.au (NetNames) |
| 17 | 136. | crackers.com.au (NetNames) |
| 18 | 137. | crackers.net.au (NetNames) |
| 19 | 138. | ctbackpage.com (NetNames) |
| 20 | 139. | dallasbackpage.com (NetNames) |
| 21 | 140. | denverbackpage.com (NetNames) |
| 22 | 141. | easypost123.com (Versio) |
| 23 | 142. | easyposts123.com (Versio) |
| 24 | 143. | emais.com.pt (NetNames) |
| 25 | 144. | evilempire.com (NetNames) |
| 26 | 145. | ezpost123.com (Versio) |
| 27 | 146. | fackpage.com (NetNames) |
| 28 | 147. | fastadboard.com (Versio) |

148. guliettagroup.nl (Versio)
149. htpp.org (NetNames)
150. ichold.com (NetNames)
151. internetspeechfoundation.com (nameisp)
152. internetspeechfoundation.org (nameisp)
153. loads2drive.com (NetNames)
154. loadstodrive.com (NetNames)
155. loadtodrive.com (NetNames)
156. losangelesbackpage.com (NetNames)
157. mediafilecloud.com (NetNames)
158. miamibackpage.com (NetNames)
159. minneapolisbackpage.com (NetNames)
160. mobileposting.com (Versio)
161. mobilepostings.com (Versio)
162. mobilepostlist.com (Versio)
163. mobilposting.com (Versio)
164. naked.city (NetNames)
165. nakedcity.com (NetNames)
166. newyorkbackpage.com (NetNames)
167. paidbyhour.com (NetNames)
168. petseekr.com (NetNames)
169. petsfindr.com (NetNames)
170. phoenixbackpage.com (NetNames)
171. posteasy123.com (Versio)
172. postfaster.com (NetNames)
173. postfastly.com (NetNames)
174. postfastr.com (NetNames)
175. postonlinewith.com (Versio)

176. postonlinewith.me (Versio)
177. postseasy123.com (Versio)
178. postsol.com (GoDaddy)
179. postszone24.com (Versio)
180. postzone24.com (Versio)
181. postzones24.com (Versio)
182. rentseekr.com (NetNames)
183. results911.com (NetNames)
184. sandiegobackpage.com (NetNames)
185. sanfranciscobackpage.com (NetNames)
186. seattlebackpage.com (NetNames)
187. sellyostuffonline.com (Versio)
188. sfbackpage.com (NetNames)
189. simplepost24.com (Versio)
190. simpleposts24.com (Versio)
191. svc.ws (NetNames)
192. truckrjobs.com (NetNames)
193. ugctechgroup.com (NetNames)
194. universads.nl (Versio)
195. villagevoicepimps.com (GoDaddy)
196. websitetechnologies.co.uk (NetNames)
197. websitetechnologies.com (NetNames)
198. websitetechnologies.net (NetNames)
199. websitetechnologies.nl (NetNames)
200. websitetechnologies.org (NetNames)
201. weprocessmoney.com (GoDaddy)
202. wst.ws (NetNames)
203. xn--yms-fla.com (NetNames)

|    |      |                                 |
|----|------|---------------------------------|
| 1  | 204. | ymas.ar.com (European domains)  |
| 2  | 205. | ymas.br.com (European domains)  |
| 3  | 206. | ymas.br.com (NetNames)          |
| 4  | 207. | ymas.bz (European domains)      |
| 5  | 208. | ymas.bz (NetNames)              |
| 6  | 209. | ymas.cl (European domains)      |
| 7  | 210. | ymas.cl (NetNames)              |
| 8  | 211. | ymas.co.bz (European domains)   |
| 9  | 212. | ymas.co.bz (NetNames)           |
| 10 | 213. | ymas.co.cr (European domains)   |
| 11 | 214. | ymas.co.cr (NetNames)           |
| 12 | 215. | ymas.co.ni (European domains)   |
| 13 | 216. | ymas.co.ni (NetNames)           |
| 14 | 217. | ymas.co.ve (European domains)   |
| 15 | 218. | ymas.co.ve (NetNames)           |
| 16 | 219. | ymas.com (NetNames)             |
| 17 | 220. | ymas.com.br (European domains)  |
| 18 | 221. | ymas.com.br (NetNames)          |
| 19 | 222. | ymas.com.bz (European domains)  |
| 20 | 223. | ymas.com.bz (NetNames)          |
| 21 | 224. | ymas.com.co (European domains)  |
| 22 | 225. | ymas.com.co (NetNames)          |
| 23 | 226. | ymas.com.do (European domains)  |
| 24 | 227. | ymas.com.do (NetNames)          |
| 25 | 228. | ymas.com.ec (European domains)  |
| 26 | 229. | ymas.com.ec (NetNames)          |
| 27 | 230. | ymas.com.es (European domains)  |
| 28 | 231. | ymas.com.es (NetNames)          |

232. ymas.com.gt (European domains)
233. ymas.com.gt (NetNames)
234. ymas.com.hn (European domains)
235. ymas.com.hn (NetNames)
236. ymas.com.mx  (NetNames)
237. ymas.com.ni (European domains)
238. ymas.com.ni (NetNames)
239. ymas.com.pe (European domains)
240. ymas.com.pe (NetNames)
241. ymas.com.pr (European domains)
242. ymas.com.pr (NetNames)
243. ymas.com.pt  (NetNames)
244. ymas.com.uy (European domains)
245. ymas.com.uy (NetNames)
246. ymas.com.ve (European domains)
247. ymas.com.ve (NetNames)
248. ymas.cr (European domains)
249. ymas.cr (NetNames)
250. ymas.do (European domains)
251. ymas.do (NetNames)
252. ymas.ec (European domains)
253. ymas.ec (NetNames)
254. ymas.es (European domains)
255. ymas.es (NetNames)
256. ymas.org (NetNames)
257. ymas.pe (European domains)
258. ymas.pe (NetNames)
259. ymas.pt (NetNames)

260. ymas.us (European domains)

261. ymas.us (NetNames)

262. ymas.uy (European domains)

263. ymas.uy (NetNames)

264. ymas.uy.com (European domains)

D. <u>Security Deposits And Retainers/Deposits For Future Services</u>

1. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

2. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

3. Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

4. Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at Wells Fargo to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that

account may be withdrawn by counsel solely for the provision of legal services).

**IT IS FURTHER ORDERED** as follows:

A. Upon the entry of this Order, and pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(3), the United States Attorney General (or his designee, the United States Marshals Service ("USMS")) shall seize the Forfeited Property, subject to the following limitations:

(1) With respect to the accounts listed in Section D, the accounts shall not be seized at this time. Rather, the funds currently on deposit in the listed accounts shall remain under the control of counsel and may be withdrawn by counsel in such amounts as may be necessary to defray the cost of any legal services provided in connection with the instant case or any related civil or criminal proceeding. At the conclusion of all litigation in connection with the instant case or any related civil or criminal proceeding, counsel shall submit an accounting of all withdrawals made from the accounts listed in Section D to the Attorney General (or his designee) and a schedule of the balances remaining in the respective accounts. At that time, the United States or the Attorney General (or his designee) may move pursuant to Rule 32.2(e) to amend this Order to specify the amounts in each of the accounts that are subject to forfeiture. At the end of litigation, instead of seizing the remaining balance in each of the respective accounts once the Order of Forfeiture is amended, the Attorney General (or his designee) shall direct counsel to transfer the remaining balance in each account to an account designated by the Attorney General (or his designee), which transfer will be made by certified check or wire transfer, at the sole election of the Attorney General (or his designee), at a time of the Attorney General's (or his designee's) choosing.

(2) The property listed in Section B shall be seized at the conclusion of any ancillary proceeding needed to determine the rights of any third party in the forfeited property pursuant to Rule 32.2(c) and 21 U.S.C. § 853(n). If the United States or the Attorney General (or his designee) determines that it is necessary to liquidate the

property pursuant to an interlocutory sale while such ancillary proceeding is pending, he may so move pursuant to Rule 32.2(b)(7).

B. Upon entry of this Order, the United States is authorized to conduct any discovery for the purpose of identifying, locating, or disposing of the Forfeited Property pursuant to this Order, 21 U.S.C. § 853(m), and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure. "Any discovery" shall include all methods of discovery permitted under the Federal Rules of Civil Procedure.

C. The United States Attorney General (or his designee) shall commence any appropriate ancillary proceeding to comply with statutes governing third party rights, including giving notice of this and any other order affecting the Forfeited Property. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

(1) Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government shall publish, for at least thirty (30) consecutive days on an official government website, notice of this Order and any other order affecting the Forfeited Property, and notice that any person, other than defendant, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier. The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property that any such person is required to file a petition within thirty (30) days of the giving of such direct notice.

(2) Other than defendant, any person asserting a legal interest in the Forfeited Property may, within thirty (30) days of the publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the property, and for an amendment of this order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

(3) Any petition filed by a third party asserting an interest in the Forfeited Property shall be signed by the petitioner under penalty of perjury and shall set

forth the nature and extent of the petitioner's purported right, title, or interest in such property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. *See* 21 U.S.C. § 853(n)(3).

(4) The United States shall have clear title to the Forfeited Property following the Court's disposition of all third-party interests or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

D. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and the agreement of the government and defendant, this Preliminary Order of Forfeiture shall be final as to defendant upon entry and shall be made part of his sentence and included in his judgment. Further, if no timely third party ancillary claims are filed after the government's giving notice as ordered herein, all right, title, and interest in the Forfeited Property shall vest in the government, which shall dispose of the property in accordance with law.

E. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated this 16th day of May, 2018.

Honorable Diane J. Humetewa
United States District Judge