**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

Upon the motion of the United States, and good cause showing,

**IT IS HEREBY ORDERED** granting the United States' Motion to Transfer Cases (Doc. 164).

**IT IS FURTHER ORDERED** that United States v. Carl Ferrer, No. CR-18-00464-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Carl Ferrer, No. CR-18-00464-PHX-SPL-(BSB).

**IT IS FURTHER ORDERED** that United States v. Backpage.com, LLC et al., No. CR 18-465-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Backpage.com, LLC et al., No. CR-18-00465-PHX-SPL-(BSB).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file this order in all three above-mentioned cases.

. . .

. . .

. . .

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)____from______ to __________.

Dated this 30th day of May, 2018.

Honorable Steven P. Logan
United States District Judge