PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ 85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Petitioner Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00464-001-PHX-SPL-(BSB) |
|---|---|
| Plaintiff, | VERIFIED PETITION OF ANDREW PADILLA FOR DETERMINATION OF THIRD PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE |
| vs. | |
| Carl Allen Ferrer, | |
| Defendant. | |

Andrew Padilla ("Petitioner"), by and through his undersigned attorney, Michael L. Piccarreta, pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, hereby petitions this Court for a hearing to determine Petitioner's interest in property subject to the Court's Preliminary Order of Forfeiture entered on May 16, 2018, (the "Forfeiture Order"),[1] and to amend the Forfeiture Order to exclude all property in which the Petitioner has a right, title, and interest as set forth below.

---

[1] See Doc. 23 (Forfeiture Order).

I.   **PETITIONER'S ASSERTION OF HIS RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS.**

Petitioner timely asserts[2] his right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Carl Ferrer ("Defendant"):

A.   **Bank Accounts**

    1.   Any and all bank funds, securities, or other assets on deposit or seized from account number x2912 held at Republic Bank of Arizona. (The estimated value is $170,743.)

    2.   Any and all bank funds, securities, or other assets on deposit or seized from account number x2500 held at Republic Bank of Arizona. (The estimated value is $597,886.)

    3.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4832 held at Green Bank. (The estimated value is $98,946.)

    4.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of the defendant. (The estimated value is $500,000.)

    5.   Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously or will be transferred into

---

[2] The Court entered the Forfeiture Order directing the government to give notice to any third parties who may have an interest in the forfeited property. By letter dated June 1, 2018, Assistant United States Attorney Elizabeth A. Strange sent notice to Petitioner's attorney of the Forfeiture Order and advised that Petitioner had thirty (30) days from the date of the letter to assert a legal interest in the property ordered forfeited to the United States.  The notice was received by email on June 1, 2018.  The Petition is therefore timely.

that account from bitcoin cash wallet address *CYPw8Ms. (The estimated amount of bitcoin cash is 55.)

**B.  Real Property**

    1.    The real property located at 7409 KingsBarns The Colony, Texas.

**C.  Domain Names**

    1.    admoderation.com (Versio)

    2.    admoderators.com (Versio)

    3.    adnet.ws (NetNames)

    4.    adplace24.com (Versio)

    5.    adplaces24.com (Versio)

    6.    adpost24.com (Versio)

    7.    adpost24.cz (GoDaddy)

    8.    adquick365.com (Versio)

    9.    adreputation.com (NetNames)

    10.    ads-posted-mp.com (Versio)

    11.    adsplace24.com (Versio)

    12.    adspot24.com (Versio)

    13.    adspots24.com (Versio)

    14.    adsspot24.com (Versio)

    15.    adtechbv.co.nl (NetNames)

    16.    adtechbv.com (NetNames)

    17.    adtechbv.nl (NetNames)

    18.    advert-ep.com (Versio)

    19.    adverts-mp.com (Versio)

    20.    axme.com (GoDaddy)

    21.    back0age.com (NetNames)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

22.     backpa.ge (NetNames)

23.     backpaee.com (NetNames)

24.     backpage-insider.com (NetNames)

25.     backpage.adult (NetNames)

26.     backpage.ae (NetNames)

27.     backpage.at (NetNames)

28.     backpage.ax (NetNames)

29.     backpage.be (NetNames)

30.     backpage.bg (European domains)

31.     backpage.bg (NetNames)

32.     backpage.ca (NetNames)

33.     backpage.cl (NetNames)

34.     backpage.cn (European domains)

35.     backpage.cn (NetNames)

36.     backpage.co.id (NetNames)

37.     backpage.co.nl (European domains)

38.     backpage.co.nl (NetNames)

39.     backpage.co.nz (NetNames)

40.     backpage.co.uk (NetNames)

41.     backpage.co.ve (NetNames)

42.     backpage.co.za (NetNames)

43.     backpage.com (NetNames)

44.     backpage.com.ar (NetNames)

45.     backpage.com.au (NetNames)

46.     backpage.com.ph (NetNames)

47.     backpage.cz (NetNames)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

48.     backpage.dk (NetNames)

49.     backpage.ec (NetNames)

50.     backpage.ee (European domains)

51.     backpage.ee (NetNames)

52.     backpage.es (NetNames)

53.     backpage.fi (European domains)

54.     backpage.fi (NetNames)

55.     backpage.fr (European domains)

56.     backpage.fr (NetNames)

57.     backpage.gr (European domains)

58.     backpage.gr (NetNames)

59.     backpage.hk (European domains)

60.     backpage.hk (NetNames)

61.     backpage.hu (European domains)

62.     backpage.hu (NetNames)

63.     backpage.ie (NetNames)

64.     backpage.in (NetNames)

65.     backpage.it (NetNames)

66.     backpage.jp (NetNames)

67.     backpage.kr (NetNames)

68.     backpage.lt (NetNames)

69.     backpage.lv (European domains)

70.     backpage.lv (NetNames)

71.     backpage.me (NetNames)

72.     backpage.mx (NetNames)

73.     backpage.my (NetNames)

74.   backpage.net (NetNames)

75.   backpage.nl (NetNames)

76.   backpage.no (European domains)

77.   backpage.no (NetNames)

78.   backpage.nz (NetNames)

79.   backpage.pe (NetNames)

80.   backpage.ph (NetNames)

81.   backpage.pk (NetNames)

82.   backpage.pl (NetNames)

83.   backpage.porn (NetNames)

84.   backpage.pt (NetNames)

85.   backpage.ro (European domains)

86.   backpage.ro (NetNames)

87.   backpage.se (NetNames)

88.   backpage.sex (NetNames)

89.   backpage.sg (NetNames)

90.   backpage.si (European domains)

91.   backpage.si (NetNames)

92.   backpage.sk (European domains)

93.   backpage.sk (NetNames)

94.   backpage.sucks (NetNames)

95.   backpage.tw (NetNames)

96.   backpage.uk (NetNames)

97.   backpage.uk.com (NetNames)

98.   backpage.us (NetNames)

99.   backpage.vn (NetNames)

100.   backpage.xxx (NetNames)

101.   backpage.xyz (NetNames)

102.   backpagecompimp.com (NetNames)

103.   backpagecompimps.com (NetNames)

104.   backpagepimp.com (NetNames)

105.   backpagepimps.com (NetNames)

106.   backpagg.com (NetNames)

107.   backpagm.com (NetNames)

108.   backpagu.com (NetNames)

109.   backpaoe.com (NetNames)

110.   backpawe.com (NetNames)

111.   backqage.com (NetNames)

112.   backrage.com (NetNames)

113.   backxage.com (NetNames)

114.   bakkpage.com (NetNames)

115.   bcklistings.com (NetNames)

116.   bestofbackpage.com (NetNames)

117.   bestofbigcity.com (NetNames)

118.   bickpage.com (NetNames)

119.   bigcity.com (NetNames)

120.   bpclassified.com (NetNames)

121.   bpclassifieds.com (NetNames)

122.   carlferrer.com (NetNames)

123.   clasificadosymas.com (NetNames)

124.   clasificadosymas.net (NetNames)

125.   clasificadosymas.org (NetNames)

126.    classifiedsolutions.co.uk (NetNames)

127.    classifiedsolutions.net (NetNames)

128.    classyadultads.com (Versio)

129.    columbusbackpage.com (NetNames)

130.    connecticutbackpage.com (NetNames)

131.    cracker.co.id (NetNames)

132.    cracker.com (NetNames)

133.    cracker.com.au (NetNames)

134.    cracker.id (NetNames)

135.    cracker.net.au (NetNames)

136.    crackers.com.au (NetNames)

137.    crackers.net.au (NetNames)

138.    ctbackpage.com (NetNames)

139.    dallasbackpage.com (NetNames)

140.    denverbackpage.com (NetNames)

141.    easypost123.com (Versio)

142.    easyposts123.com (Versio)

143.    emais.com.pt (NetNames)

144.    evilempire.com (NetNames)

145.    ezpost123.com (Versio)

146.    fackpage.com (NetNames)

147.    fastadboard.com (Versio)

148.    guliettagroup.nl (Versio)

149.    htpp.org (NetNames)

150.    ichold.com (NetNames)

151.    internetspeechfoundation.com (nameisp)

152. internetspeechfoundation.org (nameisp)

153. loads2drive.com (NetNames)

154. loadstodrive.com (NetNames)

155. loadtodrive.com (NetNames)

156. losangelesbackpage.com (NetNames)

157. mediafilecloud.com (NetNames)

158. miamibackpage.com (NetNames)

159. minneapolisbackpage.com (NetNames)

160. mobileposting.com (Versio)

161. mobilepostings.com (Versio)

162. mobilepostlist.com (Versio)

163. mobilposting.com (Versio)

164. naked.city (NetNames)

165. nakedcity.com (NetNames)

166. newyorkbackpage.com (NetNames)

167. paidbyhour.com (NetNames)

168. petseekr.com (NetNames)

169. petsfindr.com (NetNames)

170. phoenixbackpage.com (NetNames)

171. posteasy123.com (Versio)

172. postfaster.com (NetNames)

173. postfastly.com (NetNames)

174. postfastr.com (NetNames)

175. postonlinewith.com (Versio)

176. postonlinewith.me (Versio)

177. postseasy123.com (Versio)

178.  postsol.com (GoDaddy)

179.  postszone24.com (Versio)

180.  postzone24.com (Versio)

181.  postzones24.com (Versio)

182.  rentseekr.com (NetNames)

183.  results911.com (NetNames)

184.  sandiegobackpage.com (NetNames)

185.  sanfranciscobackpage.com (NetNames)

186.  seattlebackpage.com (NetNames)

187.  sellyostuffonline.com (Versio)

188.  sfbackpage.com (NetNames)

189.  simplepost24.com (Versio)

190.  simpleposts24.com (Versio)

191.  svc.ws (NetNames)

192.  truckrjobs.com (NetNames)

193.  ugctechgroup.com (NetNames)

194.  universads.nl (Versio)

195.  villagevoicepimps.com (GoDaddy)

196.  websitetechnologies.co.uk (NetNames)

197.  websitetechnologies.com (NetNames)

198.  websitetechnologies.net (NetNames)

199.  websitetechnologies.nl (NetNames)

200.  websitetechnologies.org (NetNames)

201.  weprocessmoney.com (GoDaddy)

202.  wst.ws (NetNames)

203.  xn--yms-fla.com (NetNames)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

204.   ymas.ar.com (European domains)

205.   ymas.br.com (European domains)

206.   ymas.br.com (NetNames)

207.   ymas.bz (European domains)

208.   ymas.bz (NetNames)

209.   ymas.cl (European domains)

210.   ymas.cl (NetNames)

211.   ymas.co.bz (European domains)

212.   ymas.co.bz (NetNames)

213.   ymas.co.cr (European domains)

214.   ymas.co.cr (NetNames)

215.   ymas.co.ni (European domains)

216.   ymas.co.ni (NetNames)

217.   ymas.co.ve (European domains)

218.   ymas.co.ve (NetNames)

219.   ymas.com (NetNames)

220.   ymas.com.br (European domains)

221.   ymas.com.br (NetNames)

222.   ymas.com.bz (European domains)

223.   ymas.com.bz (NetNames)

224.   ymas.com.co (European domains)

225.   ymas.com.co (NetNames)

226.   ymas.com.do (European domains)

227.   ymas.com.do (NetNames)

228.   ymas.com.ec (European domains)

229.   ymas.com.ec (NetNames)

230. ymas.com.es (European domains)

231. ymas.com.es (NetNames)

232. ymas.com.gt (European domains)

233. ymas.com.gt (NetNames)

234. ymas.com.hn (European domains)

235. ymas.com.hn (NetNames)

236. ymas.com.mx  (NetNames)

237. ymas.com.ni (European domains)

238. ymas.com.ni (NetNames)

239. ymas.com.pe (European domains)

240. ymas.com.pe (NetNames)

241. ymas.com.pr (European domains)

242. ymas.com.pr (NetNames)

243. ymas.com.pt  (NetNames)

244. ymas.com.uy (European domains)

245. ymas.com.uy (NetNames)

246. ymas.com.ve (European domains)

247. ymas.com.ve (NetNames)

248. ymas.cr (European domains

249. ymas.cr (NetNames)

250. ymas.do (European domains)

251. ymas.do (NetNames)

252. ymas.ec (European domains)

253. ymas.ec (NetNames)

254. ymas.es (European domains)

255. ymas.es (NetNames)

256.   ymas.org (NetNames)

257.   ymas.pe (European domains)

258.   ymas.pe (NetNames)

259.   ymas.pt (NetNames)

260.   ymas.us (European domains)

261.   ymas.us (NetNames)

262.   ymas.uy (European domains)

263.   ymas.uy (NetNames)

264.   ymas.uy.com (European domains)

**D.  Security Deposits And Retainers/Deposits For Future Services**

1.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case.

2.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case.

3.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case.

4.   Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at Wells Fargo to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case.

## II.    LEGAL BASIS FOR PETITIONER'S CLAIM TO SUBJECT ASSETS

Petitioner is entitled to advancement and indemnification from Atlantische Bedrijven C.V. and UGC Tech Group C.V. pursuant to loan agreements and related purchase agreements dated on or about April 22, 2015. The obligations under the loan agreements and related purchase agreements, including the advancement and indemnification obligations, are secured by first-priority security interests in the Subject Assets. The Subject Assets do not contain or constitute criminal proceeds. Petitioner's interest in the Subject Assets precedes the government's purported interest in the Subject Assets. Therefore, Petitioner's interest in the Subject Assets is superior to the government's purported interest.

As this Court is aware, Petitioner is facing criminal charges in the related case of *United States v. Lacey, et al.*, CR-18-00422, which is also pending before this Court. Accordingly, Petitioner respectfully declines to provide additional information in support of his claim at this time in reliance upon the protections against self-incrimination provided by the Fifth Amendment to the United States Constitution.

WHEREFORE, Petitioner respectfully requests that the Subject Assets be excluded from the Forfeiture Order and this Petition be granted in its entirety, together with such other and further relief as this Court deems equitable and proper.

RESPECTFULLY SUBMITTED this 29th day of June, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC
By:   /s/      Michael L. Piccarreta
          Michael L. Piccarreta
          Attorney for Andrew Padilla

1

2    On June 29, 2018, a PDF version
     of this document was filed with the
3    Clerk of Court using the CM/ECF
     System for filing and for Transmittal
4    of a Notice of Electronic Filing to the
5    following CM/ECF registrants:

6    Kevin Rapp, kevin.rapp@usdoj.gov
7    Margaret Perlmeter: margaret.perlmeter@usdoj.gov
     John Kucera: john.kucera@usdoj.gov
8    Reginald Jones: reginald.jones4@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>VERIFICATION</u>

2

      ANDREW PADILLA declares under penalties of perjury pursuant to 28 U.S.C. §

3

1746:

4

      I am the Petitioner in the within action. I have the foregoing Verified Petition and

5
6

know the contents thereof, and the same is true to the best of my own knowledge, except as

7

to matters alleged upon information and belief, which I believe to be true.

8
9
10
11

      ANDREW PADILLA

12

Dated: June 29, 2018

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28