## VERIFICATION

ANDREW PADILLA declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

I am the Petitioner in the within action. I have the foregoing Verified Petition and know the contents thereof, and the same is true to the best of my own knowledge, except as to matters alleged upon information and belief, which I believe to be true.

_____
ANDREW PADILLA

Dated: June 29, 2018