Thomas H. Bienert, Jr., State Bar No. 135311
*(Pro Hac Vice Pending)*
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
*(Pro Hac Vice Pending)*
kmiller@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700 / Facsimile (949) 369-3701

Attorneys for Petitioner
James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Carl Allen Ferrer,<br><br>        Defendant. | Case No. CR-18-00464-PHX-SPL-(BSB)<br><br>**VERIFIED PETITION OF JAMES LARKIN FOR DETERMINATION OF THIRD PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE** |

James Larkin ("Petitioner"), by and through his counsel, Bienert, Miller & Katzman, PLC, pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, hereby petitions this Court for a hearing to determine Petitioner's interest in property subject to the Court's Preliminary Order of Forfeiture entered on May 16, 2018 (the "Forfeiture Order"),[1] and to amend the Forfeiture Order to exclude all property in which Petitioner has right, title, and interest.

---

[1] *See* Dkt. 23 (Forfeiture Order).

I.  **PETITIONER'S ASSERTION OF HIS RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS**

Petitioner timely asserts[2] his right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Carl Ferrer ("Defendant"):

A. **Bank Accounts**

1. Any and all bank funds, securities, or other assets on deposit or seized from account number x2912 held at Republic Bank of Arizona. (The estimated value is $170,743.)

2. Any and all bank funds, securities, or other assets on deposit or seized from account number x2500 held at Republic Bank of Arizona. (The estimated value is $597,886.)

3. Any and all bank funds, securities, or other assets on deposit or seized from account number x4832 held at Green Bank. (The estimated value is $98,946.)

4. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of the defendant. (The estimated value is $500,000.)

5. Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously or will be transferred into that account from bitcoin cash wallet address *CYPw8Ms. (The estimated amount of bitcoin cash is 55.)

B. **Real Property**

1. The real property located at 7409 KingsBarns The Colony, Texas.

---

[2] The Court entered the Forfeiture Order directing the government to give notice to any third parties who may have an interest in the forfeited property. By letter dated June 1, 2018, Assistant United States Attorney Elizabeth A. Strange sent notice to Petitioner's attorney of the Forfeiture Order and advised that Petitioner had thirty (30) days from the date of the letter to assert a legal interest in the property ordered forfeited to the United States. The notice was received by email on June 1, 2018. The Petition is therefore timely.

**C. Domain Names**

1. admoderation.com (Versio)
2. admoderators.com (Versio)
3. adnet.ws (NetNames)
4. adplace24.com (Versio)
5. adplaces24.com (Versio)
6. adpost24.com (Versio)
7. adpost24.cz (GoDaddy)
8. adquick365.com (Versio)
9. adreputation.com (NetNames)
10. ads-posted-mp.com (Versio)
11. adsplace24.com (Versio)
12. adspot24.com (Versio)
13. adspots24.com (Versio)
14. adsspot24.com (Versio)
15. adtechbv.co.nl (NetNames)
16. adtechbv.com (NetNames)
17. adtechbv.nl (NetNames)
18. advert-ep.com (Versio)
19. adverts-mp.com (Versio)
20. axme.com (GoDaddy)
21. back0age.com (NetNames)
22. backpa.ge (NetNames)
23. backpaee.com (NetNames)
24. backpage-insider.com (NetNames)
25. backpage.adult (NetNames)
26. backpage.ae (NetNames)
27. backpage.at (NetNames)

28. backpage.ax (NetNames)
29. backpage.be (NetNames)
30. backpage.bg (European domains)
31. backpage.bg (NetNames)
32. backpage.ca (NetNames)
33. backpage.cl (NetNames)
34. backpage.cn (European domains)
35. backpage.cn (NetNames)
36. backpage.co.id (NetNames)
37. backpage.co.nl (European domains)
38. backpage.co.nl (NetNames)
39. backpage.co.nz (NetNames)
40. backpage.co.uk (NetNames)
41. backpage.co.ve (NetNames)
42. backpage.co.za (NetNames)
43. backpage.com (NetNames)
44. backpage.com.ar (NetNames)
45. backpage.com.au (NetNames)
46. backpage.com.ph (NetNames)
47. backpage.cz (NetNames)
48. backpage.dk (NetNames)
49. backpage.ec (NetNames)
50. backpage.ee (European domains)
51. backpage.ee (NetNames)
52. backpage.es (NetNames)
53. backpage.fi (European domains)
54. backpage.fi (NetNames)
55. backpage.fr (European domains)

56. backpage.fr (NetNames)
57. backpage.gr (European domains)
58. backpage.gr (NetNames)
59. backpage.hk (European domains)
60. backpage.hk (NetNames)
61. backpage.hu (European domains)
62. backpage.hu (NetNames)
63. backpage.ie (NetNames)
64. backpage.in (NetNames)
65. backpage.it (NetNames)
66. backpage.jp (NetNames)
67. backpage.kr (NetNames)
68. backpage.lt (NetNames)
69. backpage.lv (European domains)
70. backpage.lv (NetNames)
71. backpage.me (NetNames)
72. backpage.mx (NetNames)
73. backpage.my (NetNames)
74. backpage.net (NetNames)
75. backpage.nl (NetNames)
76. backpage.no (European domains)
77. backpage.no (NetNames)
78. backpage.nz (NetNames)
79. backpage.pe (NetNames)
80. backpage.ph (NetNames)
81. backpage.pk (NetNames)
82. backpage.pl (NetNames)
83. backpage.porn (NetNames)

| | | |
|---|---|---|
| 1 | 84. | backpage.pt (NetNames) |
| 2 | 85. | backpage.ro (European domains) |
| 3 | 86. | backpage.ro (NetNames) |
| 4 | 87. | backpage.se (NetNames) |
| 5 | 88. | backpage.sex (NetNames) |
| 6 | 89. | backpage.sg (NetNames) |
| 7 | 90. | backpage.si (European domains) |
| 8 | 91. | backpage.si (NetNames) |
| 9 | 92. | backpage.sk (European domains) |
| 10 | 93. | backpage.sk (NetNames) |
| 11 | 94. | backpage.sucks (NetNames) |
| 12 | 95. | backpage.tw (NetNames) |
| 13 | 96. | backpage.uk (NetNames) |
| 14 | 97. | backpage.uk.com (NetNames) |
| 15 | 98. | backpage.us (NetNames) |
| 16 | 99. | backpage.vn (NetNames) |
| 17 | 100. | backpage.xxx (NetNames) |
| 18 | 101. | backpage.xyz (NetNames) |
| 19 | 102. | backpagecompimp.com (NetNames) |
| 20 | 103. | backpagecompimps.com (NetNames) |
| 21 | 104. | backpagepimp.com (NetNames) |
| 22 | 105. | backpagepimps.com (NetNames) |
| 23 | 106. | backpagg.com (NetNames) |
| 24 | 107. | backpagm.com (NetNames) |
| 25 | 108. | backpagu.com (NetNames) |
| 26 | 109. | backpaoe.com (NetNames) |
| 27 | 110. | backpawe.com (NetNames) |
| 28 | 111. | backqage.com (NetNames) |

| | |
|---|---|
| 112. | backrage.com (NetNames) |
| 113. | backxage.com (NetNames) |
| 114. | bakkpage.com (NetNames) |
| 115. | bcklistings.com (NetNames) |
| 116. | bestofbackpage.com (NetNames) |
| 117. | bestofbigcity.com (NetNames) |
| 118. | bickpage.com (NetNames) |
| 119. | bigcity.com (NetNames) |
| 120. | bpclassified.com (NetNames) |
| 121. | bpclassifieds.com (NetNames) |
| 122. | carlferrer.com (NetNames) |
| 123. | clasificadosymas.com (NetNames) |
| 124. | clasificadosymas.net (NetNames) |
| 125. | clasificadosymas.org (NetNames) |
| 126. | classifiedsolutions.co.uk (NetNames) |
| 127. | classifiedsolutions.net (NetNames) |
| 128. | classyadultads.com (Versio) |
| 129. | columbusbackpage.com (NetNames) |
| 130. | connecticutbackpage.com (NetNames) |
| 131. | cracker.co.id (NetNames) |
| 132. | cracker.com (NetNames) |
| 133. | cracker.com.au (NetNames) |
| 134. | cracker.id (NetNames) |
| 135. | cracker.net.au (NetNames) |
| 136. | crackers.com.au (NetNames) |
| 137. | crackers.net.au (NetNames) |
| 138. | ctbackpage.com (NetNames) |
| 139. | dallasbackpage.com (NetNames) |

| | | |
|---|---|---|
| 140. | denverbackpage.com | (NetNames) |
| 141. | easypost123.com | (Versio) |
| 142. | easyposts123.com | (Versio) |
| 143. | emais.com.pt | (NetNames) |
| 144. | evilempire.com | (NetNames) |
| 145. | ezpost123.com | (Versio) |
| 146. | fackpage.com | (NetNames) |
| 147. | fastadboard.com | (Versio) |
| 148. | guliettagroup.nl | (Versio) |
| 149. | htpp.org | (NetNames) |
| 150. | ichold.com | (NetNames) |
| 151. | internetspeechfoundation.com | (nameisp) |
| 152. | internetspeechfoundation.org | (nameisp) |
| 153. | loads2drive.com | (NetNames) |
| 154. | loadstodrive.com | (NetNames) |
| 155. | loadtodrive.com | (NetNames) |
| 156. | losangelesbackpage.com | (NetNames) |
| 157. | mediafilecloud.com | (NetNames) |
| 158. | miamibackpage.com | (NetNames) |
| 159. | minneapolisbackpage.com | (NetNames) |
| 160. | mobileposting.com | (Versio) |
| 161. | mobilepostings.com | (Versio) |
| 162. | mobilepostlist.com | (Versio) |
| 163. | mobilposting.com | (Versio) |
| 164. | naked.city | (NetNames) |
| 165. | nakedcity.com | (NetNames) |
| 166. | newyorkbackpage.com | (NetNames) |
| 167. | paidbyhour.com | (NetNames) |

168. petseekr.com (NetNames)
169. petsfindr.com (NetNames)
170. phoenixbackpage.com (NetNames)
171. posteasy123.com (Versio)
172. postfaster.com (NetNames)
173. postfastly.com (NetNames)
174. postfastr.com (NetNames)
175. postonlinewith.com (Versio)
176. postonlinewith.me (Versio)
177. postseasy123.com (Versio)
178. postsol.com (GoDaddy)
179. postszone24.com (Versio)
180. postzone24.com (Versio)
181. postzones24.com (Versio)
182. rentseekr.com (NetNames)
183. results911.com (NetNames)
184. sandiegobackpage.com (NetNames)
185. sanfranciscobackpage.com (NetNames)
186. seattlebackpage.com (NetNames)
187. sellyostuffonline.com (Versio)
188. sfbackpage.com (NetNames)
189. simplepost24.com (Versio)
190. simpleposts24.com (Versio)
191. svc.ws (NetNames)
192. truckrjobs.com (NetNames)
193. ugctechgroup.com (NetNames)
194. universads.nl (Versio)
195. villagevoicepimps.com (GoDaddy)

| | | |
|---|---|---|
| 196. | websitetechnologies.co.uk (NetNames) |
| 197. | websitetechnologies.com (NetNames) |
| 198. | websitetechnologies.net (NetNames) |
| 199. | websitetechnologies.nl (NetNames) |
| 200. | websitetechnologies.org (NetNames) |
| 201. | weprocessmoney.com (GoDaddy) |
| 202. | wst.ws (NetNames) |
| 203. | xn--yms-fla.com (NetNames) |
| 204. | ymas.ar.com (European domains) |
| 205. | ymas.br.com (European domains) |
| 206. | ymas.br.com (NetNames) |
| 207. | ymas.bz (European domains) |
| 208. | ymas.bz (NetNames) |
| 209. | ymas.cl (European domains) |
| 210. | ymas.cl (NetNames) |
| 211. | ymas.co.bz (European domains) |
| 212. | ymas.co.bz (NetNames) |
| 213. | ymas.co.cr (European domains) |
| 214. | ymas.co.cr (NetNames) |
| 215. | ymas.co.ni (European domains) |
| 216. | ymas.co.ni (NetNames) |
| 217. | ymas.co.ve (European domains) |
| 218. | ymas.co.ve (NetNames) |
| 219. | ymas.com (NetNames) |
| 220. | ymas.com.br (European domains) |
| 221. | ymas.com.br (NetNames) |
| 222. | ymas.com.bz (European domains) |
| 223. | ymas.com.bz (NetNames) |

224. ymas.com.co (European domains)
225. ymas.com.co (NetNames)
226. ymas.com.do (European domains)
227. ymas.com.do (NetNames)
228. ymas.com.ec (European domains)
229. ymas.com.ec (NetNames)
230. ymas.com.es (European domains)
231. ymas.com.es (NetNames)
232. ymas.com.gt (European domains)
233. ymas.com.gt (NetNames)
234. ymas.com.hn (European domains)
235. ymas.com.hn (NetNames)
236. ymas.com.mx (NetNames)
237. ymas.com.ni (European domains)
238. ymas.com.ni (NetNames)
239. ymas.com.pe (European domains)
240. ymas.com.pe (NetNames)
241. ymas.com.pr (European domains)
242. ymas.com.pr (NetNames)
243. ymas.com.pt (NetNames)
244. ymas.com.uy (European domains)
245. ymas.com.uy (NetNames)
246. ymas.com.ve (European domains)
247. ymas.com.ve (NetNames)
248. ymas.cr (European domains
249. ymas.cr (NetNames)
250. ymas.do (European domains)
251. ymas.do (NetNames)

252. ymas.ec (European domains)
253. ymas.ec (NetNames)
254. ymas.es (European domains)
255. ymas.es (NetNames)
256. ymas.org (NetNames)
257. ymas.pe (European domains)
258. ymas.pe (NetNames)
259. ymas.pt (NetNames)
260. ymas.us (European domains)
261. ymas.us (NetNames)
262. ymas.uy (European domains)
263. ymas.uy (NetNames)
264. ymas.uy.com (European domains)

### D. Security Deposits And Retainers/Deposits For Future Services

1. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case.
2. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case.
3. Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case.
4. Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at Wells Fargo to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case.

## II. FACTUAL BASIS FOR PETITIONER'S INTEREST IN THE SUBJECT ASSETS

Petitioner holds an ownership interest in an entity that, directly or indirectly, has held enforceable first-priority security interests in the Subject Assets since on or about April 22, 2015. The entity(ies) acquired the interests in exchange for a loan extended by that entity to Atlantische Bedrijven C.V. and UGC Tech Group C.V. in or about April 2015. Petitioner also has the right to advancement and indemnification from Atlantische Bedrijven C.V. and UGC Tech Group C.V. pursuant the loan agreements and related purchase agreements, which advancement and indemnification obligations are also secured by the first-priority security interests in the Subject Assets. The Subject Assets do not contain or constitute criminal proceeds. Petitioner's interest in the Subject Assets precedes the government's purported interest in the Subject Assets. Petitioner also acquired his interest in the Subject Assets as a bona fide purchaser for value. Therefore, Petitioner's interest in the Subject Assets is superior to the government's purported interest.

As this Court is aware, Petitioner is currently facing criminal charges in the related case of *United States v. Lacey, et al.,* CR 18-422, which is also pending before this Court. Accordingly, Petitioner cannot provide additional information in support of his claim without violating his Fifth Amendment privilege against self-incrimination.

**WHEREFORE**, Petitioner respectfully requests that the Subject Assets be excluded from the Forfeiture Order and this Petition be granted in its entirety, together with such other and further relief as this Court deems equitable and proper.

Dated: June 29, 2018         BIENERT, MILLER & KATZMAN, PLC

By: /s/ Kenneth M. Miller
    Thomas H. Bienert
    Kenneth M. Miller
    Attorneys for Petitioner James Larkin

## VERIFICATION

JAMES LARKIN declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

I am the Petitioner in the above-captioned action. I have read the foregoing Verified Petition and know the contents thereof, and the same is true to the best of my own knowledge, except as to matters alleged upon information and belief, which I believe to be true.

Dated: June 29, 2018

_____
JAMES LARKIN

433887-1

# **CERTIFICATE OF SERVICE**

I certify that on this 29th day of June, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record. See attached service list.

*/s/Anthony Bisconti*
Anthony Bisconti

| **COUNSEL** | **REPRESENTING** |
|---|---|
| Anne M. Chapman<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Email: anne@mscclaw.com | Henze Cook Murphy, PLC |
| Lee Stein<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>lee@mscclaw.com | Henze Cook Murphy, PLC |
| James C. Grant<br>Davis Wright Tremaine LLP<br>1201 3rd Ave., Ste. 2200<br>Seattle, WA 98101-3045<br>jimgrant@dwt.com | Michael Lacey |
| Robert Corn-Revere<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>bobcornrevere@dwt.com | Michael Lacey |
| Ronald G. London<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>ronnielondon@dwt.com | Michael Lacey |
| Paul J. Cambria, Jr.<br>Liptsitz Green Scime Cambria LLP<br>42 Delaware Ave., Ste. 120<br>Buffalo, NY 14202<br>pcambria@lglaw.com | Michael Lacey |
| Janey Henze Cook<br>Henze Cook Murphy PLLC<br>4645 N 32nd St., Ste. 150<br>Phoenix, AZ 85018<br>janey@henzecookmurphy.com | Michael Lacey |
| Bruce Feder<br>Feder Law Office PA<br>2930 E Camelback Rd., Ste. 160<br>Phoenix, AZ 85016<br>bf@federlawpa.com | Scott Spear |

SERVICE LIST

| | |
|---|---|
| Michael D. Kimerer<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>mdk@kimerer.com | John Brunst |
| Rhonda E. Neff<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>rneff@kimerer.com | John Brunst |
| Gary S. Lincenberg<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>glincenberg@birdmarella.com | John Brunst |
| Ariel A. Neuman<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>aneuman@birdmarella.com | John Brunst |
| Gopi Panchapakesan<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>gpanchapakesan@birdmarella.com | John Brunst |
| KC Maxwell<br>Maxwell Law, PC<br>899 Ellis Street<br>San Francisco, CA 94109<br>kcm@kcmaxlaw.com | Dan Hyer |
| David Wakukawa<br>Browne George Ross LLP<br>101 California St., Ste. 1225<br>San Francisco, CA 94111<br>dwakukawa@bgrfirm.com | Dan Hyer |
| Michael L. Piccarreta<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>mlp@pd-law.com | Andrew Padilla |

| | |
|---|---|
| Jefferson Keenan<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>jlk@pd-law.com | Andrew Padilla |
| Stephen M. Weiss<br>Karp & Weiss PC<br>3060 N Swan Rd.<br>Tucson, AZ 85712<br>sweiss@karpweiss.com | Joye Vaught |
| Andrew Stone<br>US Attorneys Office<br>40 N Central Ave, Ste 1800<br>Phoenix, AZ 85004<br>andrew.stone@usdoj.gov | USA |
| John Jacob Kucera<br>US Attorneys Office - Los Angeles, CA<br>312 N Spring St., Ste. 1200<br>Los Angeles, CA 90012<br>john.kucera@usdoj.gov | USA |
| Kevin M. Rapp<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>kevin.rapp@usdoj.gov | USA |
| Margaret Wu Perlmeter<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>margaret.perlmeter@usdoj.gov | USA |
| Peter Kozinets<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>peter.kozinets @usdoj.gov | USA |

SERVICE LIST