1
2  KC Maxwell (CA Bar No. 214701)
   MAXWELL LAW PC
3  899 Ellis Street
   San Francisco, CA 94109
4  kcm@kcmaxlaw.com
   Telephone: 415-494-8887
5
   *Pro hac vice application pending*
6
   Attorneys for Petitioner
7  Daniel Hyer

8
                IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE DISTRICT OF ARIZONA
10

11 | United States of America,          | Case No. CR-18-00464-PHX-SPL-(BSB)
12 |                                     |
   |            Plaintiff,               | **VERIFIED PETITION OF DANIEL HYER**
13 |                                     | **FOR DETERMINATION OF THIRD**
   |     vs.                             | **PARTY INTEREST IN PROPERTY**
14 |                                     | **SUBJECT TO FORFEITURE**
   | Carl Allen Ferrer,                  |
15 |                                     |
   |            Defendant.               |
16

17

18        Daniel Hyer ("Petitioner"), by and through his counsel, Maxwell Law PC, pursuant

19 to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, hereby

20 petitions this Court for a hearing to determine Petitioner's interest in property subject to the

21 Court's Preliminary Order of Forfeiture entered on May 16, 2018 (the "Forfeiture Order"),[1]

22 and to amend the Forfeiture Order to exclude all property in which Petitioner has right, title,

23 and interest.

24 //

25 //

26 //

27

28
   ───────────────────
   [1] *See* Dkt. 23 (Forfeiture Order).

## I.   PETITIONER'S ASSERTION OF HIS RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS

Petitioner timely asserts[2] his right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Carl Ferrer ("Defendant"):

### A.   Bank Accounts

1.   Any and all bank funds, securities, or other assets on deposit or seized from account number x2912 held at Republic Bank of Arizona. (The estimated value is $170,743.)

2.   Any and all bank funds, securities, or other assets on deposit or seized from account number x2500 held at Republic Bank of Arizona. (The estimated value is $597,886.)

3.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4832 held at Green Bank. (The estimated value is $98,946.)

4.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of the defendant. (The estimated value is $500,000.)

5.   Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously or will be transferred into that account from bitcoin cash wallet address *CYPw8Ms. (The estimated amount of bitcoin cash is 55.)

### B.   Real Property

1.   The real property located at 7409 KingsBarns The Colony, Texas.

---

[2] The Court entered the Forfeiture Order directing the government to give notice to any third parties who may have an interest in the forfeited property. By letter dated June 1, 2018, Assistant United States Attorney Elizabeth A. Strange sent notice to Petitioner's attorney of the Forfeiture Order and advised that Petitioner had thirty (30) days from the date of the letter to assert a legal interest in the property ordered forfeited to the United States. The notice was received by email on June 1, 2018. The Petition is therefore timely.

1  **C.**    **Domain Names**

2              1.      admoderation.com (Versio)

3              2.      admoderators.com (Versio)

4              3.      adnet.ws (NetNames)

5              4.      adplace24.com (Versio)

6              5.      adplaces24.com (Versio)

7              6.      adpost24.com (Versio)

8              7.      adpost24.cz (GoDaddy)

9              8.      adquick365.com (Versio)

10             9.      adreputation.com (NetNames)

11            10.      ads-posted-mp.com (Versio)

12            11.      adsplace24.com (Versio)

13            12.      adspot24.com (Versio)

14            13.      adspots24.com (Versio)

15            14.      adsspot24.com (Versio)

16            15.      adtechbv.co.nl (NetNames)

17            16.      adtechbv.com (NetNames)

18            17.      adtechbv.nl (NetNames)

19            18.      advert-ep.com (Versio)

20            19.      adverts-mp.com (Versio)

21            20.      axme.com (GoDaddy)

22            21.      back0age.com (NetNames)

23            22.      backpa.ge (NetNames)

24            23.      backpaee.com (NetNames)

25            24.      backpage-insider.com (NetNames)

26            25.      backpage.adult (NetNames)

27            26.      backpage.ae (NetNames)

28            27.      backpage.at (NetNames)

28. backpage.ax (NetNames)

29. backpage.be (NetNames)

30. backpage.bg (European domains)

31. backpage.bg (NetNames)

32. backpage.ca (NetNames)

33. backpage.cl (NetNames)

34. backpage.cn (European domains)

35. backpage.cn (NetNames)

36. backpage.co.id (NetNames)

37. backpage.co.nl (European domains)

38. backpage.co.nl (NetNames)

39. backpage.co.nz (NetNames)

40. backpage.co.uk (NetNames)

41. backpage.co.ve (NetNames)

42. backpage.co.za (NetNames)

43. backpage.com (NetNames)

44. backpage.com.ar (NetNames)

45. backpage.com.au (NetNames)

46. backpage.com.ph (NetNames)

47. backpage.cz (NetNames)

48. backpage.dk (NetNames)

49. backpage.ec (NetNames)

50. backpage.ee (European domains)

51. backpage.ee (NetNames)

52. backpage.es (NetNames)

53. backpage.fi (European domains)

54. backpage.fi (NetNames)

55. backpage.fr (European domains)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

56.   backpage.fr (NetNames)

57.   backpage.gr (European domains)

58.   backpage.gr (NetNames)

59.   backpage.hk (European domains)

60.   backpage.hk (NetNames)

61.   backpage.hu (European domains)

62.   backpage.hu (NetNames)

63.   backpage.ie (NetNames)

64.   backpage.in (NetNames)

65.   backpage.it (NetNames)

66.   backpage.jp (NetNames)

67.   backpage.kr (NetNames)

68.   backpage.lt (NetNames)

69.   backpage.lv (European domains)

70.   backpage.lv (NetNames)

71.   backpage.me (NetNames)

72.   backpage.mx (NetNames)

73.   backpage.my (NetNames)

74.   backpage.net (NetNames)

75.   backpage.nl (NetNames)

76.   backpage.no (European domains)

77.   backpage.no (NetNames)

78.   backpage.nz (NetNames)

79.   backpage.pe (NetNames)

80.   backpage.ph (NetNames)

81.   backpage.pk (NetNames)

82.   backpage.pl (NetNames)

83.   backpage.porn (NetNames)

84.   backpage.pt (NetNames)

85.   backpage.ro (European domains)

86.   backpage.ro (NetNames)

87.   backpage.se (NetNames)

88.   backpage.sex (NetNames)

89.   backpage.sg (NetNames)

90.   backpage.si (European domains)

91.   backpage.si (NetNames)

92.   backpage.sk (European domains)

93.   backpage.sk (NetNames)

94.   backpage.sucks (NetNames)

95.   backpage.tw (NetNames)

96.   backpage.uk (NetNames)

97.   backpage.uk.com (NetNames)

98.   backpage.us (NetNames)

99.   backpage.vn (NetNames)

100.   backpage.xxx (NetNames)

101.   backpage.xyz (NetNames)

102.   backpagecompimp.com (NetNames)

103.   backpagecompimps.com (NetNames)

104.   backpagepimp.com (NetNames)

105.   backpagepimps.com (NetNames)

106.   backpagg.com (NetNames)

107.   backpagm.com (NetNames)

108.   backpagu.com (NetNames)

109.   backpaoe.com (NetNames)

110.   backpawe.com (NetNames)

111.   backqage.com (NetNames)

1  112. backrage.com (NetNames)

2  113. backxage.com (NetNames)

3  114. bakkpage.com (NetNames)

4  115. bcklistings.com (NetNames)

5  116. bestofbackpage.com (NetNames)

6  117. bestofbigcity.com (NetNames)

7  118. bickpage.com (NetNames)

8  119. bigcity.com (NetNames)

9  120. bpclassified.com (NetNames)

10  121. bpclassifieds.com (NetNames)

11  122. carlferrer.com (NetNames)

12  123. clasificadosymas.com (NetNames)

13  124. clasificadosymas.net (NetNames)

14  125. clasificadosymas.org (NetNames)

15  126. classifiedsolutions.co.uk (NetNames)

16  127. classifiedsolutions.net (NetNames)

17  128. classyadultads.com (Versio)

18  129. columbusbackpage.com (NetNames)

19  130. connecticutbackpage.com (NetNames)

20  131. cracker.co.id (NetNames)

21  132. cracker.com (NetNames)

22  133. cracker.com.au (NetNames)

23  134. cracker.id (NetNames)

24  135. cracker.net.au (NetNames)

25  136. crackers.com.au (NetNames)

26  137. crackers.net.au (NetNames)

27  138. ctbackpage.com (NetNames)

28  139. dallasbackpage.com (NetNames)

140.  denverbackpage.com (NetNames)

141.  easypost123.com (Versio)

142.  easyposts123.com (Versio)

143.  emais.com.pt (NetNames)

144.  evilempire.com (NetNames)

145.  ezpost123.com (Versio)

146.  fackpage.com (NetNames)

147.  fastadboard.com (Versio)

148.  guliettagroup.nl (Versio)

149.  htpp.org (NetNames)

150.  ichold.com (NetNames)

151.  internetspeechfoundation.com (nameisp)

152.  internetspeechfoundation.org (nameisp)

153.  loads2drive.com (NetNames)

154.  loadstodrive.com (NetNames)

155.  loadtodrive.com (NetNames)

156.  losangelesbackpage.com (NetNames)

157.  mediafilecloud.com (NetNames)

158.  miamibackpage.com (NetNames)

159.  minneapolisbackpage.com (NetNames)

160.  mobileposting.com (Versio)

161.  mobilepostings.com (Versio)

162.  mobilepostlist.com (Versio)

163.  mobilposting.com (Versio)

164.  naked.city (NetNames)

165.  nakedcity.com (NetNames)

166.  newyorkbackpage.com (NetNames)

167.  paidbyhour.com (NetNames)

168.   petseekr.com (NetNames)

169.   petsfindr.com (NetNames)

170.   phoenixbackpage.com (NetNames)

171.   posteasy123.com (Versio)

172.   postfaster.com (NetNames)

173.   postfastly.com (NetNames)

174.   postfastr.com (NetNames)

175.   postonlinewith.com (Versio)

176.   postonlinewith.me (Versio)

177.   postseasy123.com (Versio)

178.   postsol.com (GoDaddy)

179.   postszone24.com (Versio)

180.   postzone24.com (Versio)

181.   postzones24.com (Versio)

182.   rentseekr.com (NetNames)

183.   results911.com (NetNames)

184.   sandiegobackpage.com (NetNames)

185.   sanfranciscobackpage.com (NetNames)

186.   seattlebackpage.com (NetNames)

187.   sellyostuffonline.com (Versio)

188.   sfbackpage.com (NetNames)

189.   simplepost24.com (Versio)

190.   simpleposts24.com (Versio)

191.   svc.ws (NetNames)

192.   truckrjobs.com (NetNames)

193.   ugctechgroup.com (NetNames)

194.   universads.nl (Versio)

195.   villagevoicepimps.com (GoDaddy)

| | | |
|---|---|---|
| 1 | 196. | websitetechnologies.co.uk (NetNames) |
| 2 | 197. | websitetechnologies.com (NetNames) |
| 3 | 198. | websitetechnologies.net (NetNames) |
| 4 | 199. | websitetechnologies.nl (NetNames) |
| 5 | 200. | websitetechnologies.org (NetNames) |
| 6 | 201. | weprocessmoney.com (GoDaddy) |
| 7 | 202. | wst.ws (NetNames) |
| 8 | 203. | xn--yms-fla.com (NetNames) |
| 9 | 204. | ymas.ar.com (European domains) |
| 10 | 205. | ymas.br.com (European domains) |
| 11 | 206. | ymas.br.com (NetNames) |
| 12 | 207. | ymas.bz (European domains) |
| 13 | 208. | ymas.bz (NetNames) |
| 14 | 209. | ymas.cl (European domains) |
| 15 | 210. | ymas.cl (NetNames) |
| 16 | 211. | ymas.co.bz (European domains) |
| 17 | 212. | ymas.co.bz (NetNames) |
| 18 | 213. | ymas.co.cr (European domains) |
| 19 | 214. | ymas.co.cr (NetNames) |
| 20 | 215. | ymas.co.ni (European domains) |
| 21 | 216. | ymas.co.ni (NetNames) |
| 22 | 217. | ymas.co.ve (European domains) |
| 23 | 218. | ymas.co.ve (NetNames) |
| 24 | 219. | ymas.com (NetNames) |
| 25 | 220. | ymas.com.br (European domains) |
| 26 | 221. | ymas.com.br (NetNames) |
| 27 | 222. | ymas.com.bz (European domains) |
| 28 | 223. | ymas.com.bz (NetNames) |

224. ymas.com.co (European domains)

225. ymas.com.co (NetNames)

226. ymas.com.do (European domains)

227. ymas.com.do (NetNames)

228. ymas.com.ec (European domains)

229. ymas.com.ec (NetNames)

230. ymas.com.es (European domains)

231. ymas.com.es (NetNames)

232. ymas.com.gt (European domains)

233. ymas.com.gt (NetNames)

234. ymas.com.hn (European domains)

235. ymas.com.hn (NetNames)

236. ymas.com.mx  (NetNames)

237. ymas.com.ni (European domains)

238. ymas.com.ni (NetNames)

239. ymas.com.pe (European domains)

240. ymas.com.pe (NetNames)

241. ymas.com.pr (European domains)

242. ymas.com.pr (NetNames)

243. ymas.com.pt  (NetNames)

244. ymas.com.uy (European domains)

245. ymas.com.uy (NetNames)

246. ymas.com.ve (European domains)

247. ymas.com.ve (NetNames)

248. ymas.cr (European domains

249. ymas.cr (NetNames)

250. ymas.do (European domains)

251. ymas.do (NetNames)

252.  ymas.ec (European domains)

253.  ymas.ec (NetNames)

254.  ymas.es (European domains)

255.  ymas.es (NetNames)

256.  ymas.org (NetNames)

257.  ymas.pe (European domains)

258.  ymas.pe (NetNames)

259.  ymas.pt (NetNames)

260.  ymas.us (European domains)

261.  ymas.us (NetNames)

262.  ymas.uy (European domains)

263.  ymas.uy (NetNames)

264.  ymas.uy.com (European domains)

**D.   Security Deposits And Retainers/Deposits For Future Services**

1.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case.

2.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case.

3.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case.

4.   Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at Wells Fargo to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case.

## II.    FACTUAL BASIS FOR PETITIONER'S INTEREST IN THE SUBJECT ASSETS

By virtue of his employment with Defendant Backpage.com, LLC (and related entities) which began in approximately 2005, and pursuant to various oral and written agreements (including purchase and sale agreements, LLC agreements, loan agreements, and related first-priority security interests in the Subject Assets), and under state laws (*e.g.*, 6 Del. C. § 18-108 and 8 Del. C. § 145(k)), Petitioner has rights and interests in the Subject Assets for indemnification for, and advancement of, losses, liabilities, damages, penalties, costs and expenses, including reasonable attorneys' fees and expenses, expenses of investigation and defense, and the cost of enforcing his right to indemnification, related to actions and proceedings arising out of or in connection with his employment with Defendant Backpage.com, LLC (and related entities). The Subject Assets do not contain or constitute criminal proceeds. Petitioner's rights and interests in the Subject Assets precede the government's purported interest in the Subject Assets by virtue of the effective date of the agreements creating and vesting Petitioner's rights and interests as described above. Petitioner also acquired his rights and interests in the Subject Assets as a bona fide purchaser for value, i.e. the value of his employment. Therefore, Petitioner's rights and interests in the Subject Assets are superior to the government's.

As this Court is aware, Petitioner is currently facing criminal charges in the related case of *United States v. Lacey, et al.,* CR 18-422, which is also pending before this Court. Accordingly, Petitioner cannot provide additional information in support of his claim without violating his Fifth Amendment privilege against self-incrimination.

**WHEREFORE**, Petitioner respectfully requests that the Subject Assets be excluded from the Forfeiture Order and this Petition be granted in its entirety, together with such other and further relief as this Court deems equitable and proper.

Dated: June 29, 2018                    MAXWELL LAW PC

By: /s/ *KC Maxwell*
KC Maxwell
Attorneys for Petitioner Daniel Hyer

13

1

## VERIFICATION

DANIEL HYER declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

I am the Petitioner in the within action. I have read the foregoing Verified Petition and know the contents thereof, and the same is true to the best of my own knowledge, except as to matters alleged upon information and believe, which I believe to be true.

Dated: June  29 , 2018                    _____

                                          DANIEL HYER

3505656.1