Daniel J. Quigley
**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
State Bar No. 011052
Telephone: (520) 867-4430
Facsimile:  (520) 867-4433
quigley@djqplc.com

Attorney for Vermillion Holdings, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-18-00464-PHX-SPL-(BSB) |
| Plaintiff, | **VERIFIED PETITION OF VERMILLION HOLDINGS, LLC FOR DETERMINATION OF THIRD PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE** |
| vs. | |
| Carl Allen Ferrer, | |
| Defendant. | |

Vermillion Holdings, LLC, a Delaware limited liability company ("Petitioner"), pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, petitions this Court for a hearing to determine its interest in property subject to the Court's Preliminary Order of Forfeiture entered on May 16, 2018 (the "Forfeiture Order")[1], and to amend the Forfeiture Order to exclude all property in which Petitioner has right, title, and interest.

. . .

. . .

. . .

---

[1] *See* Dkt. 23 (Forfeiture Order).

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

## I.   PETITIONER'S ASSERTION OF ITS RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS

Petitioner timely asserts[2] its right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Carl Allen Ferrer ("Defendant"):

### A. **Bank Accounts**

1.  Any and all bank funds, securities, or other assets on deposit or seized from account number x2912 held at Republic Bank of Arizona. (The estimated value is $170,743.)

2.  Any and all bank funds, securities, or other assets on deposit or seized from account number x2500 held at Republic Bank of Arizona. (The estimated value is $597,886.)

3.  Any and all bank funds, securities, or other assets on deposit or seized from account number x4832 held at Green Bank. (The estimated value is $98,946.)

4.  Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of the defendant. (The estimated value is $500,000.)

5.  Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously or will be transferred into that account from bitcoin cash wallet address *CYPw8Ms. (The estimated amount of bitcoin cash is 55.)

### B. **Real Property**

---

[2] The Court entered the Forfeiture Order directing the government to give notice to any third parties who may have an interest in the forfeited property. By letter dated June 1, 2018, Assistant United States Attorney Elizabeth A. Strange sent notice to the attorney for one or more of Petitioner's officers of the Forfeiture Order and advised that Petitioner had thirty (30) days from the date of the letter to assert a legal interest in the property ordered forfeited to the United States. The notice was received by email on June 1, 2018. The Petition is therefore timely.

The real property located at 7409 KingsBarns, The Colony, Texas.

## C. Domain Names

1.  admoderation.com (Versio)
2.  admoderators.com (Versio)
3.  adnet.ws (NetNames)
4.  adplace24.com (Versio)
5.  adplaces24.com (Versio)
6.  adpost24.com (Versio)
7.  adpost24.cz (GoDaddy)
8.  adquick365.com (Versio)
9.  adreputation.com (NetNames)
10. ads-posted-mp.com (Versio)
11. adsplace24.com (Versio)
12. adspot24.com (Versio)
13. adspots24.com (Versio)
14. adsspot24.com (Versio)
15. adtechbv.co.nl (NetNames)
16. adtechbv.com (NetNames)
17. adtechbv.nl (NetNames)
18. advert-ep.com (Versio)
19. adverts-mp.com (Versio)
20. axme.com (GoDaddy)
21. back0age.com (NetNames)
22. backpa.ge (NetNames)
23. backpaee.com (NetNames)
24. backpage-insider.com (NetNames)
25. backpage.adult (NetNames)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

26.   backpage.ae (NetNames)

27.   backpage.at (NetNames)

28.   backpage.ax (NetNames)

29.   backpage.be (NetNames)

30.   backpage.bg (European domains)

31.   backpage.bg (NetNames)

32.   backpage.ca (NetNames)

33.   backpage.cl (NetNames)

34.   backpage.cn (European domains)

35.   backpage.cn (NetNames)

36.   backpage.co.id (NetNames)

37.   backpage.co.nl (European domains)

38.   backpage.co.nl (NetNames)

39.   backpage.co.nz (NetNames)

40.   backpage.co.uk (NetNames)

41.   backpage.co.ve (NetNames)

42.   backpage.co.za (NetNames)

43.   backpage.com (NetNames)

44.   backpage.com.ar (NetNames)

45.   backpage.com.au (NetNames)

46.   backpage.com.ph (NetNames)

47.   backpage.cz (NetNames)

48.   backpage.dk (NetNames)

49.   backpage.ec (NetNames)

50.   backpage.ee (European domains)

51.   backpage.ee (NetNames)

52.   backpage.es (NetNames)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

53.    backpage.fi (European domains)

54.    backpage.fi (NetNames)

55.    backpage.fr (European domains)

56.    backpage.fr (NetNames)

57.    backpage.gr (European domains)

58.    backpage.gr (NetNames)

59.    backpage.hk (European domains)

60.    backpage.hk (NetNames)

61.    backpage.hu (European domains)

62.    backpage.hu (NetNames)

63.    backpage.ie (NetNames)

64.    backpage.in (NetNames)

65.    backpage.it (NetNames)

66.    backpage.jp (NetNames)

67.    backpage.kr (NetNames)

68.    backpage.lt (NetNames)

69.    backpage.lv (European domains)

70.    backpage.lv (NetNames)

71.    backpage.me (NetNames)

72.    backpage.mx (NetNames)

73.    backpage.my (NetNames)

74.    backpage.net (NetNames)

75.    backpage.nl (NetNames)

76.    backpage.no (European domains)

77.    backpage.no (NetNames)

78.    backpage.nz (NetNames)

79.    backpage.pe (NetNames)

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

80.   backpage.ph (NetNames)

81.   backpage.pk (NetNames)

82.   backpage.pl (NetNames)

83.   backpage.porn (NetNames)

84.   backpage.pt (NetNames)

85.   backpage.ro (European domains)

86.   backpage.ro (NetNames)

87.   backpage.se (NetNames)

88.   backpage.sex (NetNames)

89.   backpage.sg (NetNames)

90.   backpage.si (European domains)

91.   backpage.si (NetNames)

92.   backpage.sk (European domains)

93.   backpage.sk (NetNames)

94.   backpage.sucks (NetNames)

95.   backpage.tw (NetNames)

96.   backpage.uk (NetNames)

97.   backpage.uk.com (NetNames)

98.   backpage.us (NetNames)

99.   backpage.vn (NetNames)

100.   backpage.xxx (NetNames)

101.   backpage.xyz (NetNames)

102.   backpagecompimp.com (NetNames)

103.   backpagecompimps.com (NetNames)

104.   backpagepimp.com (NetNames)

105.   backpagepimps.com (NetNames)

106.   backpagg.com (NetNames)

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

107.    backpagm.com (NetNames)

108.    backpagu.com (NetNames)

109.    backpaoe.com (NetNames)

110.    backpawe.com (NetNames)

111.    backqage.com (NetNames)

112.    backrage.com (NetNames)

113.    backxage.com (NetNames)

114.    bakkpage.com (NetNames)

115.    bcklistings.com (NetNames)

116.    bestofbackpage.com (NetNames)

117.    bestofbigcity.com (NetNames)

118.    bickpage.com (NetNames)

119.    bigcity.com (NetNames)

120.    bpclassified.com (NetNames)

121.    bpclassifieds.com (NetNames)

122.    carlferrer.com (NetNames)

123.    clasificadosymas.com (NetNames)

124.    clasificadosymas.net (NetNames)

125.    clasificadosymas.org (NetNames)

126.    classifiedsolutions.co.uk (NetNames)

127.    classifiedsolutions.net (NetNames)

128.    classyadultads.com (Versio)

129.    columbusbackpage.com (NetNames)

130.    connecticutbackpage.com (NetNames)

131.    cracker.co.id (NetNames)

132.    cracker.com (NetNames)

133.    cracker.com.au (NetNames)

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

134.   cracker.id (NetNames)

135.   cracker.net.au (NetNames)

136.   crackers.com.au (NetNames)

137.   crackers.net.au (NetNames)

138.   ctbackpage.com (NetNames)

139.   dallasbackpage.com (NetNames)

140.   denverbackpage.com (NetNames)

141.   easypost123.com (Versio)

142.   easyposts123.com (Versio)

143.   emais.com.pt (NetNames)

144.   evilempire.com (NetNames)

145.   ezpost123.com (Versio)

146.   fackpage.com (NetNames)

147.   fastadboard.com (Versio)

148.   guliettagroup.nl (Versio)

149.   htpp.org (NetNames)

150.   ichold.com (NetNames)

151.   internetspeechfoundation.com (nameisp)

152.   internetspeechfoundation.org (nameisp)

153.   loads2drive.com (NetNames)

154.   loadstodrive.com (NetNames)

155.   loadtodrive.com (NetNames)

156.   losangelesbackpage.com (NetNames)

157.   mediafilecloud.com (NetNames)

158.   miamibackpage.com (NetNames)

159.   minneapolisbackpage.com (NetNames)

160.   mobileposting.com (Versio)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

161.   mobilepostings.com (Versio)

162.   mobilepostlist.com (Versio)

163.   mobilposting.com (Versio)

164.   naked.city (NetNames)

165.   nakedcity.com (NetNames)

166.   newyorkbackpage.com (NetNames)

167.   paidbyhour.com (NetNames)

168.   petseekr.com (NetNames)

169.   petsfindr.com (NetNames)

170.   phoenixbackpage.com (NetNames)

171.   posteasy123.com (Versio)

172.   postfaster.com (NetNames)

173.   postfastly.com (NetNames)

174.   postfastr.com (NetNames)

175.   postonlinewith.com (Versio)

176.   postonlinewith.me (Versio)

177.   postseasy123.com (Versio)

178.   postsol.com (GoDaddy)

179.   postszone24.com (Versio)

180.   postzone24.com (Versio)

181.   postzones24.com (Versio)

182.   rentseekr.com (NetNames)

183.   results911.com (NetNames)

184.   sandiegobackpage.com (NetNames)

185.   sanfranciscobackpage.com (NetNames)

186.   seattlebackpage.com (NetNames)

187.   sellyostuffonline.com (Versio)

188. sfbackpage.com (NetNames)

189. simplepost24.com (Versio)

190. simpleposts24.com (Versio)

191. svc.ws (NetNames)

192. truckrjobs.com (NetNames)

193. ugctechgroup.com (NetNames)

194. universads.nl (Versio)

195. villagevoicepimps.com (GoDaddy)

196. websitetechnologies.co.uk (NetNames)

197. websitetechnologies.com (NetNames)

198. websitetechnologies.net (NetNames)

199. websitetechnologies.nl (NetNames)

200. websitetechnologies.org (NetNames)

201. weprocessmoney.com (GoDaddy)

202. wst.ws (NetNames)

203. xn--yms-fla.com (NetNames)

204. ymas.ar.com (European domains)

205. ymas.br.com (European domains)

206. ymas.br.com (NetNames)

207. ymas.bz (European domains)

208. ymas.bz (NetNames)

209. ymas.cl (European domains)

210. ymas.cl (NetNames)

211. ymas.co.bz (European domains)

212. ymas.co.bz (NetNames)

213. ymas.co.cr (European domains)

214. ymas.co.cr (NetNames)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

215.   ymas.co.ni (European domains)

216.   ymas.co.ni (NetNames)

217.   ymas.co.ve (European domains)

218.   ymas.co.ve (NetNames)

219.   ymas.com (NetNames)

220.   ymas.com.br (European domains)

221.   ymas.com.br (NetNames)

222.   ymas.com.bz (European domains)

223.   ymas.com.bz (NetNames)

224.   ymas.com.co (European domains)

225.   ymas.com.co (NetNames)

226.   ymas.com.do (European domains)

227.   ymas.com.do (NetNames)

228.   ymas.com.ec (European domains)

229.   ymas.com.ec (NetNames)

230.   ymas.com.es (European domains)

231.   ymas.com.es (NetNames)

232.   ymas.com.gt (European domains)

233.   ymas.com.gt (NetNames)

234.   ymas.com.hn (European domains)

235.   ymas.com.hn (NetNames)

236.   ymas.com.mx  (NetNames)

237.   ymas.com.ni (European domains)

238.   ymas.com.ni (NetNames)

239.   ymas.com.pe (European domains)

240.   ymas.com.pe (NetNames)

241.   ymas.com.pr (European domains)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

242.   ymas.com.pr (NetNames)

243.   ymas.com.pt  (NetNames)

244.   ymas.com.uy (European domains)

245.   ymas.com.uy (NetNames)

246.   ymas.com.ve (European domains)

247.   ymas.com.ve (NetNames)

248.   ymas.cr (European domains

249.   ymas.cr (NetNames)

250.   ymas.do (European domains)

251.   ymas.do (NetNames)

252.   ymas.ec (European domains)

253.   ymas.ec (NetNames)

254.   ymas.es (European domains)

255.   ymas.es (NetNames)

256.   ymas.org (NetNames)

257.   ymas.pe (European domains)

258.   ymas.pe (NetNames)

259.   ymas.pt (NetNames)

260.   ymas.us (European domains)

261.   ymas.us (NetNames)

262.   ymas.uy (European domains)

263.   ymas.uy (NetNames)

264.   ymas.uy.com (European domains)

## D. Security Deposits and Retainers/Deposits For Future Services

1.  Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case.

2.  Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case.

3.  Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case.

**4.**  Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at Wells Fargo to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case.

## II.   FACTUAL BASIS FOR PETITIONER'S INTEREST IN THE SUBJECT ASSETS

1.  The procedures relating to the criminal forfeiture proceedings in this case are governed by 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2.

2.  There are only two bases upon which the government may criminally forfeit property: (1) as "offense property" meaning property which has a "nexus" to the crime for which the defendant was convicted; or (2) as "substitute property" meaning "any other property of the defendant."  See 21 U.S.C. § 853(a); 21 U.S.C. § 853(p); Fed. R. Crim. P. 32.2(b)(1)(A); see also 18 U.S.C. § 981(a) and 28 U.S.C. § 2461(c).

3.  The government has failed to sufficiently allege that the Subject Assets have a nexus to the crime.  The Preliminary Order of Forfeiture alleges that the Subject Assets represent or are traceable to proceeds of the underlying violation of conviction.  However, the government has not sufficiently analyzed deposits into the subject bank accounts or other disbursements from these accounts, nor conducted and set forth a sufficient tracing analysis to establish the Subject Assets as traceable to proceeds of a crime.  Thus, the government has failed to establish the requisite nexus between the property sought to be

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

13

forfeited and the offenses of conviction.  *See United States v. Rothstein, Rosenfeldt, Adler, P.A.*, 717 F.3d 1205 (11th Cir. 2013).

4.     On information and belief, the government first asserted the Subject Assets were subject to forfeiture on April 5, 2018. *See* Plea Agreement, Docket #7.

5.     On information and belief, Petitioner acquired its right, title, and interest in the Subject Assets prior to the defendants' commission of the offenses to which they plead guilty.  Thus, the Petitioner's right, title, and interest in the property predates, and is superior to, the government's interest.  *See United States v. Peterson*, 820 F. Supp. 2d 576, 585 (S.D.N.Y. 2011).

6.     On information and belief, on or about April 22, 2015, Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") entered into purchase agreements, loan agreements, and promissory notes with affiliates of Petitioner.  On information and belief, the obligations of ABC and UGC under the purchase agreements, loan agreements, and promissory notes, as modified, are secured by liens arising under security agreements, executed on or about April 22, 2015, encumbering, among other things, the assets of Backpage.com, LLC ("Backpage"), Website Technologies, LLC ("WST"), Posting Solutions LLC ("PS"), Ad Tech BV ("Ad Tech"), UGC, and ABC.

7.     The security agreements state that they encumber the following assets of Backpage, WST, PS, Ad Tech, UGC, and ABC:  "all personal and property of every kind and nature including without limitation all goods (including inventory, equipment and any accessions thereto), fixtures, instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), commercial tort claims, securities and all other investment property, supporting obligations, any other contract rights or rights to the payment of money, insurance claims and proceeds, all general intangibles (including all payment

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

intangibles), the IP Collateral (as defined in the following paragraph), and all products and proceeds of all of the foregoing property."

8.      The security agreements define IP Collateral as: "(i) all patents, patent applications and utility models, all inventions and improvements claimed therein and the right to claim any inventions disclosed but unclaimed therein; (ii) all trademarks, service marks, domain names, trade dress, logos, designs, slogans, trade names, business names, corporate names and other source identifiers, whether registered or unregistered, together, in each case, with the goodwill of the business connected with the use thereof and symbolized thereby; (iii) all copyrights, including, without limitation, copyrights in computer software, internet web sites and the content thereof, whether registered or unregistered; (iv) all registrations and applications for registration for any of the foregoing; (v) all agreements, permits, consents, orders, leases, licenses and franchises relating to the license, development, use or disclosure of any of the foregoing to which such Grantor, now or hereafter, is a party or a beneficiary; (vi) all reissues, divisions, continuations, continuations-in-part, extensions, renewals and reexaminations of any of the foregoing, all rights in the foregoing provided by international treaties or conventions, all rights corresponding thereto throughout the world and all other rights of any kind whatsoever of such Grantor accruing thereunder or pertaining thereto; (vii) any and all claims for damages, other payments and/or injunctive relief for past, present and future infringement, dilution, misappropriation, violation, misuse or breach with respect to any of the foregoing, with the right, but not the obligation, to sue for and collect, or otherwise recover, such damages, payments or other relief; and (viii) any and all proceeds of, collateral for, income, royalties and other payments now or hereafter due and/or payable with respect to, and supporting obligations relating to, any and all of the foregoing, and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

1 loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or

2 damage to or otherwise with respect to any of the foregoing."

3       9.    On information and belief, financing statements were filed with the Delaware

4 Secretary of State, the Recorder of Deeds in the District of Columbia, and the Texas

5 Secretary of State in April 2015 to perfect security interests in the collateral.

6       10.    Petitioner has the right to advancement and indemnification from ABC and

7 UGC under the purchase agreements and loan agreements, which advancement and

8 indemnification obligations are guaranteed by Backpage, WST, PS, and Ad Tech and

9 secured by the security interests in the Subject Assets.

10       11.    Carl A. Ferrer also guaranteed the obligations of ABC and UGC under the

11 notes and the purchase agreements and loan agreements.

12       12.    On information and belief, the Subject Assets do not contain or constitute

13 criminal proceeds.

14       13.    On information and belief, Petitioner's interest in the Subject Assets precedes

15 the government's purported interest in the Subject Assets.

16       14.    On information and belief, Petitioner also acquired its interest in the Subject

17 Assets as a bona fide purchaser for value.  Therefore, Petitioner's interest in the Subject

18 Assets is superior to the government's purported interest.

19       15.    The Forfeiture Order should be amended to exclude Petitioner's right, title,

20 and interest in the Subject Assets.

21     WHEREFORE, Petitioner respectfully requests that the Subject Assets be excluded

22 from the Forfeiture Order and this Petition be granted in its entirety, together with such

23 other and further relief as this Court deems equitable and proper.

24    . . .

25    . . .

26    . . .

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

16

1    July 1, 2018.

2

3                        /s/ *Daniel J. Quigley*

                             Daniel J. Quigley

4                           Attorney for Vermillion Holdings, LLC

5

6

7

8                      **<u>CERTIFICATE OF SERVICE</u>**

9

10        I hereby certify that on July 1, 2018, I electronically transmitted the attached

document to the Clerk's office using the ECF System and copies were served on the parties

11

by Notice of Electronic Filing generated and transmitted by the ECF system.

12

13    /s/ *Daniel J. Quigley*

14

15

16

17

18

19

20

21

22

23

24

25

26

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

1

## VERIFICATION

2

Daniel J. Quigley declares under penalty of perjury under the laws of the United

3

States of America:

4

5

I am an agent of petitioner Vermillion Holdings, LLC, authorized to sign this

6

Verified Petition for petitioner.  I have read the foregoing Verified Petition and its contents

7

are true and correct to the best of my own knowledge, except for  matters stated on

8

information and belief, which I believe to be true.

9

Dated: July 1, 2018                         /s/ *Daniel J. Quigley*

10

Daniel J. Quigley
Authorized Agent for

11

Vermillion Holdings, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430