## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, I electronically transmitted the attached document to the Clerk's office using the ECF System and copies were served on the parties by Notice of Electronic Filing generated and transmitted by the ECF system.

/s/ *Erin E. McCampbell*