# Exhibit A

# Exhibit A

*United States of America v. Carl Allen Ferrer*
Case No. 2:18-cr-00464-SPL

**Assets included in Preliminary Order of Forfeiture (Doc. 23)**

## Bank Accounts

1. Any and all bank funds, securities, or other assets on deposit or seized from account number x2912 held at Republic Bank of Arizona. (The estimated value is $170,743.)

2. Any and all bank funds, securities, or other assets on deposit or seized from account number x2500 held at Republic Bank of Arizona. (The estimated value is $597,886.)

3. Any and all bank funds, securities, or other assets on deposit or seized from account number x4832 held at Green Bank. (The estimated value is $98,946.)

4. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of the defendant. (The estimated value is $500,000.)

5. Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously or will be transferred into that account from bitcoin cash wallet address *CYPw8Ms. (The estimated amount of bitcoin cash is 55.)

## Real Property

1. The real property located at 7409 Kings Barns The Colony, Texas.

## Domain Names

1. admoderation.com (Versio)
2. admoderators.com (Versio)

3. adnet.ws (NetNames)

4. adplace24.com (Versio)

5. adplaces24.com (Versio)

6. adpost24.com (Versio)

7. adpost24.cz (GoDaddy)

8. adquick365.com (Versio)

9. adreputation.com (NetNames)

10. ads-posted-mp.com (Versio)

11. adsplace24.com (Versio)

12. adspot24.com (Versio)

13. adspots24.com (Versio)

14. adsspot24.com (Versio)

15. adtechbv.co.nl (NetNames)

16. adtechbv.com (NetNames)

17. adtechbv.nl (NetNames)

18. advert-ep.com (Versio)

19. adverts-mp.com (Versio)

20. axme.com (GoDaddy)

21. back0age.com (NetNames)

22. backpa.ge (NetNames)

23. backpaee.com (NetNames)

24. backpage-insider.com (NetNames)

25. backpage.adult (NetNames)

26. backpage.ae (NetNames)

27. backpage.at (NetNames)

28. backpage.ax (NetNames)

29. backpage.be (NetNames)

30. backpage.bg (European domains)

31. backpage.bg (NetNames)

32. backpage.ca (NetNames)
33. backpage.cl (NetNames)
34. backpage.cn (European domains)
35. backpage.cn (NetNames)
36. backpage.co.id (NetNames)
37. backpage.co.nl (European domains)
38. backpage.co.nl (NetNames)
39. backpage.co.nz (NetNames)
40. backpage.co.uk (NetNames)
41. backpage.co.ve (NetNames)
42. backpage.co.za (NetNames)
43. backpage.com (NetNames)
44. backpage.com.ar (NetNames)
45. backpage.com.au (NetNames)
46. backpage.com.ph (NetNames)
47. backpage.cz (NetNames)
48. backpage.dk (NetNames)
49. backpage.ec (NetNames)
50. backpage.ee (European domains)
51. backpage.ee (NetNames)
52. backpage.es (NetNames)
53. backpage.fi (European domains)
54. backpage.fi (NetNames)
55. backpage.fr (European domains)
56. backpage.fr (NetNames)
57. backpage.gr (European domains)
58. backpage.gr (NetNames)
59. backpage.hk (European domains)
60. backpage.hk (NetNames)

61. backpage.hu (European domains)
62. backpage.hu (NetNames)
63. backpage.ie (NetNames)
64. backpage.in (NetNames)
65. backpage.it (NetNames)
66. backpage.jp (NetNames)
67. backpage.kr (NetNames)
68. backpage.lt (NetNames)
69. backpage.lv (European domains)
70. backpage.lv (NetNames)
71. backpage.me (NetNames)
72. backpage.mx (NetNames)
73. backpage.my (NetNames)
74. backpage.net (NetNames)
75. backpage.nl (NetNames)
76. backpage.no (European domains)
77. backpage.no (NetNames)
78. backpage.nz (NetNames)
79. backpage.pe (NetNames)
80. backpage.ph (NetNames)
81. backpage.pk (NetNames)
82. backpage.pl (NetNames)
83. backpage.porn (NetNames)
84. backpage.pt (NetNames)
85. backpage.ro (European domains)
86. backpage.ro (NetNames)
87. backpage.se (NetNames)
88. backpage.sex (NetNames)
89. backpage.sg (NetNames)

90. backpage.si (European domains)

91. backpage.si (NetNames)

92. backpage.sk (European domains)

93. backpage.sk (NetNames)

94. backpage.sucks (NetNames)

95. backpage.tw (NetNames)

96. backpage.uk (NetNames)

97. backpage.uk.com (NetNames)

98. backpage.us (NetNames)

99. backpage.vn (NetNames)

100. backpage.xxx (NetNames)

101. backpage.xyz (NetNames)

102. backpagecompimp.com (NetNames)

103. backpagecompimps.com (NetNames)

104. backpagepimp.com (NetNames)

105. backpagepimps.com (NetNames)

106. backpagg.com (NetNames)

107. backpagm.com (NetNames)

108. backpagu.com (NetNames)

109. backpaoe.com (NetNames)

110. backpawe.com (NetNames)

111. backqage.com (NetNames)

112. backrage.com (NetNames)

113. backxage.com (NetNames)

114. bakkpage.com (NetNames)

115. bcklistings.com (NetNames)

116. bestofbackpage.com (NetNames)

117. bestofbigcity.com (NetNames)

118. bickpage.com (NetNames)

119. bigcity.com (NetNames)
120. bpclassified.com (NetNames)
121. bpclassifieds.com (NetNames)
122. carlferrer.com (NetNames)
123. clasificadosymas.com (NetNames)
124. clasificadosymas.net (NetNames)
125. clasificadosymas.org (NetNames)
126. classifiedsolutions.co.uk (NetNames)
127. classifiedsolutions.net (NetNames)
128. classyadultads.com (Versio)
129. columbusbackpage.com (NetNames)
130. connecticutbackpage.com (NetNames)
131. cracker.co.id (NetNames)
132. cracker.com (NetNames)
133. cracker.com.au (NetNames)
134. cracker.id (NetNames)
135. cracker.net.au (NetNames)
136. crackers.com.au (NetNames)
137. crackers.net.au (NetNames)
138. ctbackpage.com (NetNames)
139. dallasbackpage.com (NetNames)
140. denverbackpage.com (NetNames)
141. easypost123.com (Versio)
142. easyposts123.com (Versio)
143. emais.com.pt (NetNames)
144. evilempire.com (NetNames)
145. ezpost123.com (Versio)
146. fackpage.com (NetNames)
147. fastadboard.com (Versio)

148. guliettagroup.nl (Versio)
149. htpp.org (NetNames)
150. ichold.com (NetNames)
151. internetspeechfoundation.com (nameisp)
152. internetspeechfoundation.org (nameisp)
153. loads2drive.com (NetNames)
154. loadstodrive.com (NetNames)
155. loadtodrive.com (NetNames)
156. losangelesbackpage.com (NetNames)
157. mediafilecloud.com (NetNames)
158. miamibackpage.com (NetNames)
159. minneapolisbackpage.com (NetNames)
160. mobileposting.com (Versio)
161. mobilepostings.com (Versio)
162. mobilepostlist.com (Versio)
163. mobilposting.com (Versio)
164. naked.city (NetNames)
165. nakedcity.com (NetNames)
166. newyorkbackpage.com (NetNames)
167. paidbyhour.com (NetNames)
168. petseekr.com (NetNames)
169. petsfindr.com (NetNames)
170. phoenixbackpage.com (NetNames)
171. posteasy123.com (Versio)
172. postfaster.com (NetNames)
173. postfastly.com (NetNames)
174. postfastr.com (NetNames)
175. postonlinewith.com (Versio)
176. postonlinewith.me (Versio)

177. postseasy123.com (Versio)
178. postsol.com (GoDaddy)
179. postszone24.com (Versio)
180. postzone24.com (Versio)
181. postzones24.com (Versio)
182. rentseekr.com (NetNames)
183. results911.com (NetNames)
184. sandiegobackpage.com (NetNames)
185. sanfranciscobackpage.com (NetNames)
186. seattlebackpage.com (NetNames)
187. sellyostuffonline.com (Versio)
188. sfbackpage.com (NetNames)
189. simplepost24.com (Versio)
190. simpleposts24.com (Versio)
191. svc.ws (NetNames)
192. truckrjobs.com (NetNames)
193. ugctechgroup.com (NetNames)
194. universads.nl (Versio)
195. villagevoicepimps.com (GoDaddy)
196. websitetechnologies.co.uk (NetNames)
197. websitetechnologies.com (NetNames)
198. websitetechnologies.net (NetNames)
199. websitetechnologies.nl (NetNames)
200. websitetechnologies.org (NetNames)
201. weprocessmoney.com (GoDaddy)
202. wst.ws (NetNames)
203. xn--yms-fla.com (NetNames)
204. ymas.ar.com (European domains)
205. ymas.br.com (European domains)

206. ymas.br.com (NetNames)
207. ymas.bz (European domains)
208. ymas.bz (NetNames)
209. ymas.cl (European domains)
210. ymas.cl (NetNames)
211. ymas.co.bz (European domains)
212. ymas.co.bz (NetNames)
213. ymas.co.cr (European domains)
214. ymas.co.cr (NetNames)
215. ymas.co.ni (European domains)
216. ymas.co.ni (NetNames)
217. ymas.co.ve (European domains)
218. ymas.co.ve (NetNames)
219. ymas.com (NetNames)
220. ymas.com.br (European domains)
221. ymas.com.br (NetNames)
222. ymas.com.bz (European domains)
223. ymas.com.bz (NetNames)
224. ymas.com.co (European domains)
225. ymas.com.co (NetNames)
226. ymas.com.do (European domains)
227. ymas.com.do (NetNames)
228. ymas.com.ec (European domains)
229. ymas.com.ec (NetNames)
230. ymas.com.es (European domains)
231. ymas.com.es (NetNames)
232. ymas.com.gt (European domains)
233. ymas.com.gt (NetNames)
234. ymas.com.hn (European domains)

Exhibit A
Page 9

235. ymas.com.hn (NetNames)
236. ymas.com.mx (NetNames)
237. ymas.com.ni (European domains)
238. ymas.com.ni (NetNames)
239. ymas.com.pe (European domains)
240. ymas.com.pe (NetNames)
241. ymas.com.pr (European domains)
242. ymas.com.pr (NetNames)
243. ymas.com.pt (NetNames)
244. ymas.com.uy (European domains)
245. ymas.com.uy (NetNames)
246. ymas.com.ve (European domains)
247. ymas.com.ve (NetNames)
248. ymas.cr (European domains
249. ymas.cr (NetNames)
250. ymas.do (European domains)
251. ymas.do (NetNames)
252. ymas.ec (European domains)
253. ymas.ec (NetNames)
254. ymas.es (European domains)
255. ymas.es (NetNames)
256. ymas.org (NetNames)
257. ymas.pe (European domains)
258. ymas.pe (NetNames)
259. ymas.pt (NetNames)
260. ymas.us (European domains)
261. ymas.us (NetNames)
262. ymas.uy (European domains)
263. ymas.uy (NetNames)

264. ymas.uy.com (European domains)

**Security Deposits And Retainers/Deposits For Future Services**

1. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case.

2. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case.

3. Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case.

4. Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at Wells Fargo to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case.