# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-CR-00464-SPL |
| Plaintiff, | |
| v. | **[Proposed] Order to Stay and Postpone Ancillary Hearing** |
| Backpage.com LLC, et al., | |
| Defendants. | |

Based upon Claimants' Motion to Stay and Postpone Ancillary Hearing, and good cause appearing:

IT IS ORDERED that the November 16, 2018 Ancillary Hearing is hereby stayed and postponed pending the Delaware Court of Chancery's ruling in *Camarillo Holdings, LLC, et al. v. Amstel River Holdings, LLC, et al.* (C.A. No. 2018-0606-SG).

IT IS FURTHER ORDERED that Claimants will file a status report with this Court within seven (7) days after the ruling in *Camarillo Holdings, LLC, et al. v. Amstel River Holdings, LLC, et al.* (C.A. No. 2018-0606-SG) is obtained.

IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h) will not result from the grant of this Order.

IT IS SO ORDERED.

DATED this _____ day of _____, 2018.

_____
Honorable Steven P. Logan
United States District Judge