**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Movant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Carl Allen Ferrer,<br><br>  Defendant. | NO. CR18-00464-PHX-SPL<br><br>**SCOTT SPEAR'S NOTICE OF JOINDER IN MOTION TO STAY AND POSTPONE ANCILLARY HEARING [44]**<br><br>The Honorable Steven P. Logan<br>November 16th, 2018 at 9:00 a.m. |

**SCOTT SPEAR** ("Movant"), by and through his counsel, Feder Law Office, P.A., hereby joins in Defendant James Larkin's Motion to Stay and Postpone Ancillary Hearing [44] in all respects as the arguments and positions in said Motion apply to him.

**RESPECTFULLY SUBMITTED** this 9th day of November, 2018.

**FEDER LAW OFFICE, P.A.**


/s/ Bruce Feder
Attorney for Movant, Scott Spear

. . .

. . .

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**     Kevin.Rapp@usdoj.gov
**Andrew Stone:**     Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**     Margaret.Perlmeter@usdoj.gov
**John Kucera:**     John.Kucera@usdoj.gov
**Reginald Jones:**     Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**     Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**     pcambira@lglaw.com
**James Grant:**     jimgrant@dwt.com
**Erin McCampbell:**     emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:**     ronnielondon@dwt.com
**Janey Henze Cook:**     janey@henzecookemurphy.com
**John Littrell:**     jlittrell@bmkattorneys.com
**Kenneth Miller:**     kmiller@bmkattorneys.com
**Thomas Bienert:**     tbienert@bmkattorneys.com
**KC Maxwell:**     kcm@kcmazlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**     sweiss@karpweiss.com
**Michael Kimerer:**     mdk@kimerer.com
**Tom Bienert:**     tbienert@bmkattorneys.com
**Gary Lincenberg:**     gsl@birdmarella.com
**David Botsford:** dbotsford@aol.com
*Attorneys for the Defense*

*By: /s/    A. Jones*