Daniel J. Quigley
**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
State Bar No. 011052
Telephone: (520) 867-4430
Facsimile:  (520) 867-4433
quigley@djqplc.com

Attorney for Medalist Holdings, Inc.,
Leeward Holdings, LLC, Camarillo
Holdings, LLC, Vermillion Holdings,
LLC, Cereus Properties, LLC,
and Shearwater Investments, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Carl Allen Ferrer,<br><br>    Defendant. | Case No. CR-18-00464-PHX-SPL<br><br>**JOINDER IN JAMES LARKIN'S MOTION TO STAY AND POSTPONE ANCILLARY HEARING** |

   Petitioners Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC join in Petitioner James Larkin's Motion to Stay and Postpone Ancillary Hearing (Dkt. No. 44) (the "Motion"), adopting the positions set forth in the Motion as if fully set forth herein.

   November 9, 2018.

                              /s/ *Daniel J. Quigley*
                              Daniel J. Quigley
                              Attorney for Medalist Holdings, Inc.,
                              Leeward Holdings, LLC, Camarillo
                              Holdings, LLC, Vermillion Holdings,
                              LLC, Cereus Properties, LLC,
                              and Shearwater Investments, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2018, I electronically transmitted the attached document to the Clerk's office using the ECF System and copies were served on the parties by Notice of Electronic Filing generated and transmitted by the ECF system.

*/s/ Daniel J. Quigley*