Erin E. McCampbell (*admitted pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Tel. (716) 849-1333
Fax (716) 855-1580

*Counsel for Movant Michael Lacey*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 18-CR-00464-SPL |
|---|---|
| Plaintiff, | **PETITIONER MICHAEL LACEY'S NOTICE OF JOINDER IN JAMES LARKIN'S MOTION TO STAY AND POSTPONE ANCILLARY HEARING** |
| v. | |
| Carl Allen Ferrer, | |
| Defendants. | |
| | Assigned to Hon. Steven P. Logan |

Petitioner Michael Lacey, by and through undersigned counsel joins in Petitioner James Larkin's Motion to Stay and Postpone Ancillary Hearing (Dkt. No. 44) ("Motion").

Mr. Lacey agrees with the arguments made in Mr. Larkin's Motion. Mr. Lacey adopts the positions set forth in the Motion as if fully set forth herein.

Dated:   November 12, 2018          */s/ Erin E. McCampbell*
                                    LIPSITZ GREEN SCIME CAMBRIA LLP
                                    Attorneys for Michael Lacey

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2018, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on November 12, 2018, a copy of the foregoing was also delivered to the following via CM/ECF:

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Dated:     Buffalo, New York
           November 12, 2018

                              */s/April L. Kelly*
                              April L. Kelly