PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00464 PHX-SPL |
|---|---|
| Plaintiff, | PETITIONER ANDREW PADILLA'S NOTICE OF JOINDER IN MOTION TO STAY AND POSTPONE ANCILLARY HEARING (DOC. 44) |
| vs. | |
| Carl Allen Ferrer, | |
| Defendant. | |

Petitioner Andrew Padilla, by and through his attorney, Michael L. Piccarreta, hereby joins in Petitioner Larkin's Motion to Stay and Postpone Ancillary Hearing (Doc. 44) in all respects and adopts the position set forth in said motion as if set forth herein. The issues raised by Petitioner Larkin in said motion apply with equal force to Petitioner Padilla.

RESPECTFULLY SUBMITTED this 12th day of November, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By: /s/ Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Andrew Padilla

On November 12, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com