IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>    v.<br><br>Carl Allen Ferrer,<br><br>               Defendant. | No. 18-CR-00464-SPL<br><br>[PROPOSED] ORDER TO STAY ANCILLARY PROCEEDINGS AND CONFIRM JURISDICTION OVER ALL ASSETS SUBJECT TO FORFEITURE IN THOSE PROCEEDINGS |

      Plaintiff United States of America has applied to this Court to Stay the Ancillary Proceeding and to confirm this Court's jurisdiction over all assets subject to forfeiture in the Ancillary Proceeding pending the conclusion of related criminal proceedings.

      Pursuant to 18 U.S.C. § 981(g), and good cause appearing therefor, the request to stay this action is GRANTED for all purposes except the timely filing of claims and petitions in the Ancillary Proceeding. Further, except for its shared jurisdiction over assets subject to forfeiture in the related civil forfeiture proceedings in the Central District of

- 2 -

1  California, this Court confirms its exclusive jurisdiction over all assets subject to forfeiture
2  in the Ancillary Proceeding.
3        Plaintiff will report to the Court concerning the status of the criminal case every
4  180 days, with the first report due 180 days after the entry of this Order.  If the related
5  criminal matter is completed before any report is due, plaintiff will move to vacate the stay
6  within 30 days of the completion of the criminal case.