Thomas H. Bienert, Jr., CA State Bar No. 135311, *admitted pro hac vice*
Whitney Z. Bernstein, CA State Bar No. 304917, *admitted pro hac vice*
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:   (949) 369-3700
Facsimile:   (949) 369-3701
Email:         tbienert@bmkattorneys.com
                    wbernstein@bmkattorneys.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr., CA State Bar No. 177957, *admitted pro hac vice*
Erin E. McCampbell, NY State Bar No. 4480166, *admitted pro hac vice*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone:   (716) 849-1333
Facsimile:   (716) 855-1580
Email:         pcambria@lglaw.com
                    emccampbell@lglaw.com
*Counsel for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 18-CR-0464-SPL |
| Plaintiff, | **FIRST JOINT MOTION TO CONTINUE ANCILLARY HEARING** |
| v. | Hon. Steven P. Logan<br>Date: December 7, 2018<br>Time: 9:30 a.m. |
| Carl Ferrer, | |
| Defendants. | |

Gary S. Lincenberg, CA State Bar No. 123058, *admitted pro hac vice*
Ariel A. Neuman, CA State Bar No. 241594, *admitted pro hac vice*
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110
Email:   glincenberg@birdmarella.com
         aneuman@birdmarella.com
*Counsel for John Brunst*

Michael L. Piccarreta, AZ Bar No. 003962
PICCARRETA DAVIS KEENAN FIDEL PC
2 E Congress St., Suite 1000
Tucson, Arizona 85701
Telephone:  (520) 622-6900
Facsimile:  (520) 622-0521
Email:   mlp@pd-law.com
         jkeenan@pd-law.com
*Counsel for Andrew Padilla*

Stephen M. Weiss, AZ Bar No. 002261
KARP & WEISS PC
3060 N Swan Rd.
Tucson, Arizona 85712
Telephone:  (520) 325-4200
Facsimile:  (520) 325-4224
Email:   sweiss@karpweiss.com
*Counsel for Joye Vaught*

Bruce Feder, AZ Bar No. 004832
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:  (602) 257-0135
Email:   bf@federlawpa.com
*Counsel for Scott Spear*

FIRST JOINT MOTION TO CONTINUE ANCILLARY HEARING IN 18-CR-0464-SPL

Daniel James Quigley, AZ Bar No. 011052
DANIEL J QUIGLEY PLC
5425 E Broadway Blvd., Ste. 352
Tucson, AZ 85711
Telephone:   (520) 867-4430
Email:          quigley@djqplc.com
*Counsel for Medalist Holdings Incorporated;*
        *Leeward Holdings, LLC;*
        *Camarillo Holdings LLC;*
        *Vermillion Holdings LLC;*
        *Shearwater Holdings LLC;*
        *Remnant Corporation LLC;*
        *Harbor Property Holdings LLC;*
       *Cereus Properties LLC; and*
        *Broadway Capital Corporation LLC*

It is not expected that any excludable delay will occur as a result of this motion or an order based thereon.

The parties jointly respectfully request that the hearing on all pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture (specifically as to Docs. 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, and 41) presently set for December 7, 2018 at 9:30 a.m. (*see* Doc. 53) be continued until at least January 11, 2019. This continuance is jointly requested by the third-party petitioners as well as by government counsel to permit all counsel reasonable time necessary for effective preparation, taking into account due diligence, holiday schedules, and the parties' related litigation and upcoming hearings in other jurisdictions.

Movants maintain their request for a stay and postponement of this hearing as laid out in Doc. 44 (with joinders at Docs. 45, 46, 47, 48, 49, and 50). Likewise, the government maintains its request for a continuance of this hearing as previously laid out in Doc. 52. Nonetheless, all parties respectfully jointly request a continuance of the December 7, 2018 hearing date until at least January 11, 2019.

Respectfully submitted,

Dated:  November 30, 2018

BIENERT, MILLER & KATZMAN, PLC
*s/ Thomas H. Bienert*
Thomas H. Bienert
Whitney Z. Bernstein
Attorneys for James Larkin

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell
Attorneys for Michael Lacey

BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG AND RHOW
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Attorneys for John Brunst

FEDER LAW OFFICE, P.A.
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

PICCARRETA DAVIS KEENAN FIDEL PC
*s/Michael L. Piccarreta*
Michael L. Piccarreta
Attorneys for Andrew Padilla

KARP & WEISS PC
*s/Stephen M. Weiss*
Stephen M. Weiss
Attorneys for Joye Vaught

DANIEL J QUIGLEY PLC
*s/Daniel J. Quigley*
Daniel J. Quigley
Attorneys for Medalist Holdings Incorporated; Leeward Holdings, LLC; Camarillo Holdings LLC; Vermillion Holdings LLC; Shearwater Holdings LLC; Remnant Corporation LLC; Harbor Property Holdings LLC; Cereus Properties LLC; Broadway Capital Corporation LLC

UNITED STATES ATTORNEY
*s/Kevin Rapp*
Kevin Rapp
Assistant U.S. Attorney for the District of Arizona

4
FIRST JOINT MOTION TO CONTINUE ANCILLARY HEARING IN 18-CR-0464-SPL

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of November 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Jonathan Baum, Clarence Dyer & Cohen LLP, jbaum@clarencedyer.com
Nanci Clarence, Clarence Dyer & Cohen LLP, nclarence@clarencedyer.com
Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com
Paul John Cambria, Jr., Lipsitz Green Scime Cambria LLP, pcambria@lglaw.com
Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com
Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com
Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com
Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com
Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com
Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com
K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com
Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com
Ariel A. Neuman, Bird Marella, aan@birdmarella.com
Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com
Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com
Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com
Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com
Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com
Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov
John Jacob Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov
Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov
Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov
Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov