IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Carl Ferrer,<br><br>              Defendants. | No. 18-CR-00464-SPL<br><br>**[PROPOSED] ORDER GRANTING FIRST JOINT MOTION TO CONTINUE ANCILLARY HEARING** |
|---|---|

      Before the Court is Movants' and Government's First Joint Motion to Continue Ancillary Hearing (Doc. ___). Having considered the Movants' and Government's request,

      **IT IS ORDERED** that the First Joint Motion to Continue Ancillary Hearing is granted. The hearing on all pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture (specifically as to Docs. 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, and 41) presently set for December 7, 2018 at 9:30 a.m. is **vacated and reset** for _____ in Courtroom 501, 401 West Washington Street, Phoenix, AZ 858003 before the Honorable Steven P. Logan.

      **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) will not result from the grant of this Order.

DATED this _____ day of _____, 2018.

                                                    _____
                                                    Honorable Steven P. Logan
                                                    United States District Judge