IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Carl Ferrer,<br><br>                    Defendant. | No. CR-18-00464-PHX-SPL<br><br>**ORDER** |

The Court having reviewed the Government's Unopposed Motion to Continue Defendant's Sentencing Hearing (Doc. _____ ), and good cause appearing,

IT IS ORDERED granting the Government's Unopposed Motion to Continue Defendant's Sentencing Hearing.

IT IS FURTHER ORDERED continuing the Sentencing from January 17, 2019, to _____ at _____ .