IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Carl Allen Ferrer,<br><br>　　　　　Defendant. | No.  CR-18-00464-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is Movants' First Joint Motion to Continue Ancillary Hearing. (Doc. 54)  Having considered the Movants' request,

　　　　**IT IS ORDERED** that the First Joint Motion to Continue Ancillary Hearing (Doc. 54) is **granted**.  The hearing on all pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture (Docs. 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41) presently set for December 7, 2018 at 9:30 a.m. is **vacated and reset** for **January, 25 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

　　　　Dated this 3rd day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge