IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Carl Allen Ferrer,<br><br>　　　　　　Defendant. | No. CR-18-00464-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is the Government's Motion to Continue Sentencing (Second Request). (Doc. 55.)  Having considered the Government's request,

　　　　**IT IS ORDERED** that the Motion to Continue Sentencing (Second Request) (Doc. 55) is **granted**.  The sentencing hearing for Defendant Carl Ferrer presently set for January 17, 2019 at 9:00 a.m. is **vacated and reset** for **July, 18 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

　　　　Dated this 4th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge