James P. Whalen, TX 00794837
Ryne T. Sandel, TX 24081689
WHALEN LAW OFFICE
9300 John Hickman Pkwy
Frisco, Texas 75035
jwhalen@whalenlawoffice.com
rsandel@whalenlawoffice.com
Telephone: 214-368-2560

*Pro hac vice applications pending*

Attorneys for Petitioner
April Ferrer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-18-00464-PHX-SPL-(BSB) |
|---|---|
| Plaintiff, | **VERIFIED PETITION OF APRIL FERRER FOR DETERMINATION OF THIRD PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE** |
| vs. | |
| Carl Allen Ferrer, | |
| Defendant. | |

April Ferrer ("Petitioner"), by and through her counsel, Whalen Law Office, pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, hereby petitions this Court for a hearing to determine Petitioner's interest in property subject to the Court's Preliminary Order of Forfeiture entered on May 16, 2018 (the "Forfeiture Order"),[1] and to amend the Forfeiture Order to exclude all property in which Petitioner has right, title, and interest.

---

[1] *See* Dkt. 23 (Forfeiture Order).

VERIFIED PETITION OF APRIL FERRER FOR DETERMINATION OF THIRD PARTY INTEREST
IN PROPERTY SUBJECT TO FORFEITURE

1

amount of bitcoin cash is 55).

## B. Real Property

1. The real property located at 7409 KingsBarns The Colony, Texas.

## C. Security Deposits And Retainers/Deposits For Future Services

1. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

2. Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

3. Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

4. Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at Wells Fargo to fund the criminal defense

of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

## II.   FACTUAL BASIS FOR PETITIONER'S INTEREST IN THE SUBJECT ASSETS

Petitioner is the ex-spouse of the Defendant, Carl Ferrer and many or all of the Subject Assets were either acquired, established, deposited into or funded using assets subject to community property division during the course of their marriage. Petitioner is not a defendant in this case or any other criminal proceeding. As such, Petitioner may have a marital property right to many or all of the Subject Assets that precedes the government's purported interest in the Subject Assets.

**WHEREFORE**, Petitioner respectfully requests that the Subject Assets be excluded from the Forfeiture Order and this Petition be granted in its entirety, together with such other and further relief as this Court deems equitable and proper.

I.   **PETITIONER'S ASSERTION OF HER RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS**

Petitioner hereby asserts her right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Carl Ferrer ("Defendant");

A. **Bank Accounts**

1. Any and all bank funds, securities, or other assets on deposit or seized from account number x2912 held at Republic Bank of Arizona. (The estimated value is $170,743).

2. Any and all bank funds, securities, or other assets on deposit or seized from account number x2500 held at Republic Bank of Arizona. (The estimated value is $597,886).

3. Any and all bank funds, securities, or other assets on deposit or seized from account number x4832 held at Green Bank. (The estimated value is $98,946).

4. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of the defendant. (The estimated value is $500,000).

5. Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address -t8v7e that were previously or will be transferred into that account from bitcoin cash wallet address *CYPw8Ms. (The estimated

Dated: December 28, 2018

WHALEN LAW OFFICE

By: /s/ James P. Whalen
JAMES P. WHALEN
Attorneys for Petitioner April Ferrer

## VERIFICATION

APRIL FERRER declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

I am the Petitioner in the above-captioned action. I have read the foregoing Verified Petition and know the contents thereof, and the same is true to the best of my own knowledge, except as to matters alleged upon information and belief, which I believe to be true.

1-11-19
Date

[signature]
APRIL FERRER