IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>Carl Allen Ferrer,<br><br>              Defendant. | No. CR-18-00464-PHX-SPL<br><br>**ORDER** |

      Before the Court is the parties' Second Joint Motion to Continue Ancillary Hearing (Doc. 59), in which the parties request to continue the hearing on several motions (Docs. 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41) (together, the "TPI Motions") for six months through July 2019. The original hearing date for the TPI Motions was scheduled for November 16, 2018, approximately five months after the earliest motions were filed on June 29, 2018. Per the parties' first Motion to Stay And Postpone Ancillary Hearing (Doc. 44), the Court further delayed the initial hearing date until January 25, 2019.

      The parties have not demonstrated to the Court that there is good cause to further delay the pending hearing on TPI Motions. First, the Court notes that the earliest of TPI Motions were filed in June 2018. And, according to 21 U.S.C. § 853(n), the hearing on any petition of third party interests shall be held within thirty days, to the extent practicable and consistent with the interests of justice. 21 U.S.C.A. § 853(n). The parties have had almost seven months to effectively prepare for this hearing, and the Joint Motion to Continue Ancillary Hearing does not set forth any persuasive reasons for why this Court

should continue to burden is docket for an additional six months with the TPI Motions when it has already afforded the parties ample time to prepare for the hearing scheduled for January 25, 2019.  Accordingly,

**IT IS ORDERED** that the Second Joint Motion to Continue Ancillary Hearing (Doc. 59) is **denied**.

Dated this 16th day of January, 2019.

Honorable Steven P. Logan
United States District Judge