# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00464-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Carl Allen Ferrer, | |
| Defendant. | |

Having considered Movant's Verified Petition of April Ferrer for Determination of Third Party Interest in Property Subject to Forfeiture (Doc. 58),

**IT IS ORDERED** setting a Motion Hearing on **January, 25 2019 at 9:30 a.m.** before the Honorable Judge Steven P. Logan, United States District Judge, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona 85003, 5th Floor, Courtroom 501.

Dated this 23rd day of January, 2019.

Honorable Steven P. Logan
United States District Judge