1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 18-CR-00464-SPL |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO TEMPORARILY CONTINUE ANCILLARY PROCEEDINGS |
| v. | |
| Carl Allen Ferrer, | Hon. Steven P. Logan<br>Date: January 25, 2019<br>Time: 9:30 a.m. |
| Defendant. | |

Plaintiff United States of America and Claimants[1] by and through their respective counsel of record have applied to this Court for a continuance of ancillary proceedings in this matter for a period of at least four months.

The Court finds the parties have demonstrated sufficient good cause for a further continuance at this time, and the present ancillary proceeding hearing is vacated.  A status conference is set for May _____, 2019 at 9:30 a.m.

---

[1] As used herein, "Claimants" refers to Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, Joye Vaught, Medalist Holdings Incorporated, Leeward Holdings LLC, Camarillo Holdings LLC, Vermillion Holdings LLC, Shearwater Holdings LLC, Cereus Properties LLC, and April Ferrer.