James P. Whalen, TX 00794837, *admitted pro hac vice*
Ryne T. Sandel, TX 24081689, *admitted pro hac vice*
WHALEN LAW OFFICE
9300 John Hickman Pkwy
Frisco, Texas 75035
jwhalen@whalenlawoffice.com
rsandel@whalenlawoffice.com
Telephone: 214-368-2560

Attorneys for April Ferrer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-CR-00464-PHX-SPL-(BSB) |
|---|---|
| Plaintiff, | **FIRST MOTION TO CONTINUE ANCILLARY HEARING** |
| vs. | |
| Carl Allen Ferrer, | Hon. Steven P. Logan<br>Date: January 25, 2019<br>Time: 9:30 a.m. |
| Defendant. | |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Movant, APRIL FERRER, by and through undersigned counsel and files this Motion to Continue Ancillary Hearing. In support of said motion, Movant would show unto the Court as follows:

I.

The above-styled case is currently set for Ancillary Hearing on January 25, 2019 at 9:30 a.m. before Honorable Steven P. Logan. Counsel joined in an agreed motion for

continuance[1] but files this motion separately in order present to the Court, additional facts and circumstances that warrant a continuance.

II.

Counsel requests additional time to prepare for the Ancillary Hearing as counsel was officially noticed that appearance at this hearing is necessary on January 23, 2019, two (2) days prior to the hearing. Undersigned counsel has had knowledge that a hearing was set for January 25, 2019, but it was understood that this hearing was previously set for pending motions that were already before the Court, prior to any appearance by April Ferrer.

III.

Good cause exists to grant the continuance. The Court should consider four factors when deciding whether to grant a continuance. Those factors are (1) Diligence in preparing for trial; (2) the need for the continuance; (3) the inconvenience to the opposing parties, the witnesses and the Court; and (4) the hardship a denial of a continuance would cause the defendant. *See United States v. 2.61 Acres of Land*, 791 F.2d 666 (9th Cir. 1986).

Counsel has been exercising diligence in an effort to be prepared for the hearing but has determined that in order to properly assert her interest, Ms. Ferrer will need to be available to testify. Ms. Ferrer is currently in Hawaii and her appearance is vital to the

---

[1] See Amended Joint Motion to Continue Ancillary Proceedings by USA as to Carl Allen Ferrer. (Doc. 62).

presentation of her position and interest in this matter. Additionally, counsel believes that Carl Ferrer's testimony would be necessary for the hearing. In order to secure his presence, counsel reached out to the lawyer who represents Mr. Ferrer here in a Texas family law matter seeking Mr. Ferrer's address. Mr. Ferrer's counsel was not given permission by Mr. Ferrer to provide that information. We also asked Ms. Ferrer for that information but since she is on vacation, we haven't been able to contact her. Therefore, in order to have Ms. Ferrer present at the hearing and secure Mr. Ferrer's presence the continuance is needed. As stated above, the government and the other claimants are asking for a continuance as well, so there is little inconvenience to the parties involved. Furthermore, undersigned counsel is located in Frisco, Texas, and will need to make travel arrangements that will cause the client to incur greater travel expenses which is an undue hardship on Ms. Ferrer. Undersigned counsel requests additional time to prepare and make travel arrangements for the Ancillary Hearing as well as ensure April Ferrer can be in attendance.

III.

Counsel emailed all parties on January 23, 2019 to determine their position on this motion. As of the filing of this motion, Counsel has heard back from three parties, counsel John Kucera, Paul Cambria and Daniel J. Quigley. These parties are unopposed. Since a joint motion to continue was filed earlier today, it is Counsel's belief that they would be unopposed.

IV.

This Motion for Continuance is not made for purposes of delay, but only in order that justice may be done. Movant respectfully requests a continuance of the January 25, 2019 hearing date.

Dated: January 24, 2019                                    WHALEN LAW OFFICE

                                                           By:   /s/ James P. Whalen
                                                               JAMES P. WHALEN
                                                               Attorney for April Ferrer

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of January 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below:

Jonathan Baum, Clarence Dyer & Cohen LLP, jbaum@clarencedyer.com

Nanci Clarence, Clarence Dyer & Cohen LLP, nclarence@clarencedyer.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Paul John Cambria, Jr., Lipsitz Green Scime Cambria LLP, pcambria@lglaw.com

Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

John J. Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov

/s/ James P. Whalen
JAMES P. WHALEN
