IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Carl Allen Ferrer,<br><br>  Defendant. | Case No. CR-18-00464-PHX-SPL-(BSB)<br><br>**[PROPOSED] ORDER GRANTING FIRST MOTION TO CONTINUE ANCILLARY HEARING** |

Before the Court is Movant's First Motion to Continue Ancillary Hearing (Doc. ___). Having considered the Movant's request,

**IT IS ORDERED** that the First Motion to Continue Ancillary Hearing is granted. The hearing on Movant's Petition for Determination of Third Party Interest in Property Subject to Forfeiture presently set for January 25, 2019 at 9:30 a.m. is vacated and reset for _____ in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before the Honorable Steven P. Logan.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) will not result from the grant of this Order.

DATED this _____ day of _____ 2019.

_____
Honorable Steven P. Logan
United States District Judge

1