WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00464-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Carl Allen Ferrer, | |
| Defendant. | |

Before the Court is the Government's Amended Joint Motion to Temporarily Continue Ancillary Proceedings (Doc. 62) and Movant April Ferrer's First Motion to Continue Ancillary Hearing (Doc. 63). Having considered the Movants' requests along with the arguments set forth in the Second Joint Motion to Continue Ancillary Hearing (Doc. 59),

**IT IS ORDERED** that the Amended Joint Motion to Temporarily Continue Ancillary Proceedings (Doc. 62) is **granted**. The hearing on the pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture (Docs. 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41) presently set for January 25, 2019 at 9:30 a.m. is **vacated and reset** for **June 21, 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003; and

**IT IS FURTHER ORDERED** that Movant April Ferrer's First Motion to Continue Ancillary Hearing (Doc. 63) is **granted**. The hearing on April Ferrer's pending Verified Petition for Determination of Third Party Interest in Property Subject to Forfeiture (Doc.

58) presently set for January 25, 2019 at 9:30 a.m. is **vacated and reset** for **June 21, 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003.

Dated this 24th day of January, 2019.

*[signature]*
Honorable Steven P. Logan
United States District Judge

2