# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00464-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Carl Allen Ferrer, | |
| Defendant. | |

I hereby recuse myself from any further action in the above-captioned matter. Accordingly;

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Susan M. Brnovich. All future pleadings and papers submitted for filing shall bear the following complete case number: **CR-18-00464-PHX-SMB**.

Dated this 4th day of March, 2019.

Douglas L. Rayes
United States District Judge