IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br>vs.<br>Carl Ferrer,<br>  Defendant. | No. CR-18-00464-001-PHX-SMB<br><br>**ORDER**<br><br>(Fifth Request) |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing (Doc. 96).

**IT IS FURTHER ORDERED** continuing the Sentencing from January 11, 2021, to <u>April 12, 2021 at 3:30 p.m.,</u> Courtroom 506 in Phoenix, Arizona.

Dated this 13th day of July, 2020.

Honorable Susan M. Brnovich
United States District Judge