
James P. Whalen, TX 00794837, *admitted pro hac vice*
Ryne T. Sandel, TX 24081689, *admitted pro hac vice*
WHALEN LAW OFFICE
9300 John Hickman Pkwy
Frisco, Texas 75035
jwhalen@whalenlawoffice.com
rsandel@whalenlawoffice.com
Telephone: 214-368-2560

Attorneys for April Ferrer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-CR-00464-PHX-SPL-(BSB) |
|---|---|
| Plaintiff, | **APRIL FERRER'S STIPULATED MOTION TO WITHDRAW PETITION** |
| vs. | |
| Carl Allen Ferrer, | |
| Defendant. | |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Movant, APRIL FERRER, by and through undersigned counsel and files this Motion to Withdraw Petition. In support of said motion, Movant would show unto the Court as follows:

1. On April 5, 2018, Defendant Carl Ferrer pled guilty to a single count information alleging a violation of 18 U.S.C §371. Dkt. Nos. 4, 7. As part of this plea agreement, Defendant Ferrer agreed to forfeit certain property. Dkt. No. 7-1, ¶ 8.

2. On May 16, 2018, the Court signed a stipulated preliminary order of forfeiture concerning Defendant Ferrer's assets to be forfeited pursuant to the plea agreement,

which included a marital residence located at 7409 Kingsbarns, The Colony, Texas 75056 (the "Residence") and certain financial assets and internet domain names (the "Other Forfeitable Assets").  Dkt. No. 23.

3. On January 11, 2019, Movant April Ferrer filed a Petition for a Determination of Third Party Interest in Property Subject to Forfeiture regarding the Residence and the Other Forfeitable Assets.  Dkt. No. 58.

4. Ms. Ferrer is the former spouse of Defendant Ferrer.

5. Ms. Ferrer and the Government have now agreed to the following:

   a. The Government will release any and all claims the Government may have as to the Residence.

   b. Ms. Ferrer will release any and claims she may have to the Other Forfeitable Assets.

   c. Pursuant to this stipulation, April Ferrer no longer wishes to proceed with her petition in the ancillary proceeding. Ms. Ferrer hereby relinquishes any and all claims she may have to any and all property still at issue in this case and asks this Court to allow her to withdraw any petitions she has filed in this action.

//

//

II.

WHEREFORE, PREMISES CONSIDERED, Movant April Ferrer prays that the Motion to Withdraw Petition be granted as to Ms. April Ferrer.

Dated: November 22, 2021          WHALEN LAW OFFICE

                                             /s/ James P. Whalen
                                             JAMES P. WHALEN
                                             Attorney for April Ferrer

Dated: October 7, 2021

                                             /s/
                                             DAN G. BOYLE
                                             Assistant United States Attorney

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of November 2021, I electronically transmitted a PDF version of this document to the Clerk of the Court, using CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below:

Jonathan Baum, Clarence Dyer & Cohen LLP, jbaum@clarencedyer.com

Nanci Clarence, Clarence Dyer & Cohen LLP, nclarence@clarencedyer.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com  Paul John Cambria, Jr., Lipsitz Green Scime Cambria LLP, pcambria@lglaw.com  Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

1 | Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

2 | Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

3

4 | Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

5 | John J. Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

6 | Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

7

8 | Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

9 | Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

10 | Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov

                                                                            /s/ James P. Whalen
                                                                            JAMES P. WHALEN