Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Carl Ferrer,<br><br>                    Defendants. | Case No. 2:18-cr-00464-PHX-DJH<br><br>**JOINT STIPULATION TO APPEAR BY VIDEO CONFERENCING AT JANUARY 11, 2022 STATUS HEARING** |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

JOINT STIPULATION TO APPEAR BY VIDEO CONFERENCING AT
JANUARY 11, 2022 STATUS HEARING

| | |
|---|---|
| 1 | Petitioners Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught, Shearwater Investments LLC, Cereus Properties LLC, Vermillion Holdings LLC, Camarillo Holdings LLC, Leeward Holdings LLC, and Medalist Holdings Inc., by and through their undersigned attorneys, and the government, by and through Assistant U.S. Attorney Andrew Stone, hereby stipulate to permit appearances by video conference at the January 11, 2022, status hearing set in this matter due to the surge in Covid-19 cases.  Defense counsel intend to appear remotely, while SAUSA Dan Boyle intends to appear in person. |

As Chief Judge Snow noted earlier today, Arizona has begun matching the peak numbers it has had in the whole course of the pandemic and the trend appears to be headed upward, with only 5% capacity in ER beds.  Judge Snow indicated that the District had rescheduled January jury trials, closed customer service counters, canceled or limited non-essential trainings, and postponed naturalization ceremonies.  Given these precautions, and because several defense counsel would have to travel from out of state, the parties stipulate to permit appearances by video conference.

SO STIPULATED this 6th day of January, 2022,

BIENERT KATZMAN LITTRELL
WILLIAMS LLP
*s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Attorneys for John Brunst

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

DANIEL J. QUIGLEY, PLC
*s/ Daniel J. Quigley*
Daniel J. Quigley
Attorneys for Shearwater Investments, LLC, Cereus Properties, LLC, Vermillion Holdings, LLC, Camarillo Holdings, LLC, Leeward Holdings, LLC, and Medalist Holdings, INC.

ANDREW STONE
*s/ Andrew Stone*
Andrew Stone
Assistant United States Attorney
Attorney for United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas