GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (Cal. Bar No. 332518, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone (213) 894-2426

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Carl Allen Ferrer, <br><br> Defendant. | No. CR-18-00464-PHX-DJH-JFM <br><br> **STIPULATION TO STAY ANCILLARY PROCEEDINGS** |

The United States of America (the "government") and all movants (as defined herein), by and through their counsel of record, stipulate and request that the Court enter the proposed order lodged contemporaneously herewith, staying these ancillary proceedings until the conclusion of the related criminal trial in United States v. Michael Lacey, et al., Case No. CR 2:18-422-PHX-DJH.

The parties stipulate and request as follows:

1. On May 1, 2018, defendant Carl Alle Ferrer entered a plea of guilty in this action. See Dkt. 20.

2. On June 29, 2018, and July 1, 2018, Michael Lacey, James Larkin, Joye Vaught, Andrew Padilla, Scott Spear, John Brunst, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC (hereinafter "movants") moved for a hearing seeking determination of asserted third party interests in property alleged to be subject to forfeiture in this action. See Dkts. 28-40.

3. An ancillary proceeding to determine movants' asserted third party interests in the assets subject to the preliminary orders of forfeiture in this action has not yet been held.

4. Movants Lacey, Larkin, Vaught, Padilla, Spear, and Brunst are criminal defendants in Case No. CR 2:18-422-PHX-DJH, where trial has been continued pending resolution of an interlocutory appeal.

5. By this stipulation, the Parties agree to stay the ancillary proceedings in this action until after the conclusion of a reset trial after the resolution of the interlocutory appeal in Case No. CR 2:18-422-PHX-DJH (Ninth Circuit Case No. 22-10000). The Parties also agree to seek an order to vacate all existing discovery and motion deadlines.

6. Movants Lacey, Larkin, Brunst, and Spear agree not to seek, before the conclusion of a reset trial after the resolution of the interlocutory appeal in Case No. CR 2:18-422-PHX-DJH (Ninth Circuit Case No. 22-10000), the release of any assets subject to the preliminary orders of forfeiture in this action either through a *Monsanto* proceeding in Case No. CR 2:18-422-PHX-DJH or a motion for release of only those assets in C.D.Cal. Case No. 18-cv-8420-RGK.

7. The Parties agree that this stipulation shall not act as waiver of any rights to bring claims related to these restraints or the forfeiture or challenge the restraint or forfeiture of any assets subject to the preliminary orders of forfeiture in this action after the

conclusion of the reset trial in Case No. CR 2:18-422-PHX-DJH.

Dated: March 16, 2022

Respectfully submitted,

GARY M. RESTAINO
United States Attorney

*s/Dan G. Boyle*
DAN G. BOYLE
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II(C)(3), Dan G. Boyle hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

Dated: March 16, 2022

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/*
Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

BIENERT | KATZMAN PC
*s/*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys for James Larkin

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
*s/*
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Attorneys for Movant John Brunst

FEDER LAW OFFICE PA
*s/*
Bruce Feder
Attorneys for Movant Scott Spear

DAVID EISENBERG PLC
*s/*
David Eisenberg
Attorneys for Movant Andrew Padilla

JOY BERTRAND ESQ LLC
*s/*
Joy Bertrand
Attorneys for Movant Joye Vaught

DANIEL J. QUIGLEY, PLC
*s/*
Daniel J. Quigley
Attorneys for Movants Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/Marjorie Dieckman*
U.S. Attorney's Office