**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00464-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Carl Allen Ferrer, | |
| Defendant. | |

Pending before the Court is Third-Party Petitioner April Ferrer's Petition for Determination of Third-Party Interest, filed January 11, 2019 (Doc. 58), her Stipulated Motion to Withdraw Petition, filed November 22, 2021 (Doc. 114), and the Report and Recommendation ("R&R") issued by Magistrate Judge James F. Metcalf granting the requested relief and ordering amendment to the Preliminary Order of Forfeiture (Doc. 127). No objections have been filed. The Court has reviewed the R&R and agrees with its findings.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's Report and Recommendation (Doc. 127) is **ACCEPTED** and **ADOPTED** as the Order of this Court.

**IT IS FURTHERED ORDERED**:

(A) Petitioner April Ferrer's Stipulated Motion to Withdraw Petition, filed November 22, 2021 (Doc. 114) shall be **GRANTED**;

(B) Petitioner April Ferrer's Stipulated Petition for Determination of Third-Party Interest, filed January 11, 2019 (Doc. 58) shall be **DEEMED WITHDRAWN**; and

(C) The Preliminary Order of Forfeiture (Doc. 23) shall be **AMENDED** to remove as a forfeitable asset the real property at 7409 KingsBarns, The Colony, Texas 75056.

Dated this 21st day of March, 2022.

Honorable Diane J. Humetewa
United States District Judge