1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
   MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4  PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
   ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5  Assistant U.S. Attorneys
   40 N. Central Avenue, Suite 1800
6  Phoenix, Arizona 85004-4408
   Telephone (602) 514-7500

7  DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
8  Special Assistant U.S. Attorney
   312 N. Spring Street, Suite 1400
9  Los Angeles, CA 90012
   Telephone (213) 894-2426

10 KENNETH POLITE
11 Assistant Attorney General
   Criminal Division, U.S. Department of Justice

12 AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
13 U.S. Department of Justice
   Child Exploitation and Obscenity Section
14 1301 New York Avenue, N.W., 11th Floor
   Washington, D.C. 20005
15 Telephone (202) 412-4136
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Carl Ferrer,<br><br>　　　　　Defendant. | No. CR-18-00464-001-PHX-DJH<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(Eighth Request)** |

  The United States of America hereby requests this Court to continue the sentencing currently set for May 25, 2022, at 10:00 a.m. for Defendant Carl Ferrer, to a date occurring after the conclusion of the trial in *U.S. v. Michael Lacey, et al.* (CR-18-00422-PHX-DJH),

which is currently vacated, to be reset following the resolution of Defendants' Appeal to the Ninth Circuit (Doc. 1445).

Defendant Ferrer's plea agreement contemplates that he will not be sentenced until the conclusion of his cooperation.

Counsel for the Defendant has no objection to this motion.

Respectfully submitted this 12th day of April, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

DAN G. BOYLE
Special Assistant U.S. Attorney

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY
U.S. Department of Justice
Child Exploitation and Obscenity Section

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/Daniel Parke*
U.S. Attorney's Office