IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     vs.<br><br>Carl Ferrer,<br><br>              Defendant. | No. CR-18-00464-001-PHX-DJH<br><br>**[PROPOSED] ORDER** |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing.

**IT IS FURTHER ORDERED** continuing the Sentencing from December 11, 2023, to _____ at _____ .