IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br> vs.<br>Carl Ferrer,<br>    Defendant. | No. CR-18-00464-001-PHX-DJH<br><br>**[PROPOSED] ORDER** |

  The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

  **IT IS ORDERED** granting the Motion to Continue Sentencing.

  **IT IS FURTHER ORDERED** continuing the Sentencing from March 25, 2024, to _____ at _____.