IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　vs.<br>Carl Ferrer,<br>　　　　　Defendant. | No. CR-18-00464-001-PHX-DJH<br><br>**[PROPOSED] ORDER** |

　　　　The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

　　　　**IT IS ORDERED** granting the Motion to Continue Sentencing.

　　　　**IT IS FURTHER ORDERED** continuing the Sentencing from October 21, 2024, to _____ at _____.