GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Carl Ferrer,<br><br>　　　　　Defendant. | CR-18-00464-PHX-DJH<br><br>**GOVERNMENT'S NOTICE RELATED TO FORFEITURE PROCEEDINGS** |

The United States hereby gives notice that it will not seek criminal forfeiture in this action. Instead, the forfeiture will be resolved through an anticipated settlement in a parallel civil case, UNITED STATES OF AMERICA v. $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., CV 18-8420 RGK (C.D. Cal.) as well as a related criminal case, UNITED STATES OF AMERICA v. BACKPAGE.COM, LLC. ET AL, CR 18-465-PHX-DJH. The government

expects to forfeit in excess of $200M in the parallel civil case and related criminal case as part of the settlement of forfeiture in those matters.[1]

Respectfully submitted this 3rd day of December, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/Joseph Bozdech*
KEVIN M. RAPP
MARGARET PERLMETER
PETER KOZINETS
JOSEPH BOZDECH
Assistant U.S. Attorneys

AUSTIN M. BERRY
Trial Attorney

---

[1] The government will recommend the forfeited funds be made available to victims through the remission process. As part of the settlement of the parallel civil case, the government anticipates not seeking the forfeiture of certain assets, related to certain claimants, including the defendants in US v. LACEY, et al. These assets will be returned to the defendants or, for defendant Larkin, his family. Anyone who is a victim or believes themselves to be a victim, or those with questions regarding this matter can visit https://www.justice.gov/usao-az/us-v-michael-lacey for more information.

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By: *s/Victoria Tiffany*
U.S. Attorney's Office