GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W., 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00464-001-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING** |
| Carl Ferrer, | **(Thirteenth Request)** |
| Defendant. | |

The United States of America hereby requests this Court to continue the sentencing currently set for March 3, 2025, at 10:30 a.m. for Defendant Carl Ferrer, for a period of six months. Defendant Ferrer's cooperation is incomplete as he may have to testify at both a retrial of Michael Lacey on the remaining counts in this case, and in a related pending trial in the Superior Court of California, Sacramento County, *People v. Lacey*, 16 FE024013. (While that case involves Backpage, it is based on a different theory of liability involving the company's credit card processing practices.)

The undersigned has been advised that the prosecutors assigned to *People v. Lacey* have not made a decision as to whether they will proceed to trial and when. A status conference is set for that case on March 21, 2025. In sum, to proceed to sentencing of defendant Ferrer will prejudice him as his continued cooperation, including testifying at the retrial of unresolved counts in the instant case and in *People v. Lacey*, could result in further substantial assistance that the Court may consider in fashioning his sentence. *See United States v. Thurmon,* 368 F.3d 848, 851 (8th Cir.2004) ("We will reverse a district court's decision to deny a motion for continuance only if the court abused its discretion and the moving party was prejudiced by the denial.") Defendant Ferrer's plea agreement contemplates that he will not be sentenced until the conclusion of his cooperation and his assistance to the United States and the State of California has not been finalized. To sentence before his cooperation is complete would prejudice him as the court would sentence him prior to finalizing his assistance under USSG 5K1.1.

Counsel for the Defendant has no objection to this motion.

Respectfully submitted this 30th day of January, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
JOSEPH BOZDECH
Assistant U.S. Attorneys

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY
U.S. Department of Justice
Child Exploitation and Obscenity Section

# CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/Daniel Parke*
U.S. Attorney's Office