Jonathan Baum (CA State Bar No. 303469)
HWG LLP
1919 M Street N.W.
Washington, D.C. 20036
Tel. +1 202.796.0587
jbaum@hwglaw.com

Attorney for Defendant Carl Ferrer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CASE NO. 2:18-CR-464-DJH |
| v. | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |
| Carl Allen Ferrer, | |
| Defendant. | |

1   To the CLERK OF COURT AND ALL PARTIES OF RECORD:

2   Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address,

3   and contact information (including email) for Jonathan Baum as attorney for Defendant

4   Carl Ferrer in the above-captioned case has changed. The new firm information is:

Jonathan Baum
HWG LLP
1919 M Street N.W.
Washington, D.C. 20036
Tel. +1 202.796.0587
jbaum@hwglaw.com

Dated: April 22, 2025            Respectfully submitted,

                                 HWG LLP


                                 By  */s/ Jonathan Baum*
                                     Jonathan Baum
                                     Attorney for Defendant Carl Ferrer

i   Case No. 2:18-CR-464-DJH
NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**CERTIFICATE OF SERVICE**

I certify that on this day of April 22 , 2025, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Jonathan Baum*
Jonathan Baum