TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W., 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*
 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Carl Ferrer,<br><br>　　　　　Defendants. | CR-18-00464-PHX-DJH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

　　　NOTICE is hereby given that Assistant United States Attorney Margaret Perlmeter is withdrawing as counsel of record for the United States, all other counsel for the United States remains the same.

Respectfully submitted this 24th day of June, 2025.

                                              TIMOTHY COURCHAINE
                                              United States Attorney
                                              District of Arizona

                                              NICOLE M. ARGENTIERI
                                              Acting Assistant Attorney General
                                              Criminal Division, U.S. Department of Justice

                                              *s/ Kevin M. Rapp*
                                              KEVIN M. RAPP
                                              MARGARET PERLMETER
                                              PETER KOZINETS
                                              Assistant U.S. Attorneys

                                              AUSTIN M. BERRY
                                              Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

*s/Daniel Parke*
U.S. Attorney's Office