Jonathan M. Baum  (CA SBN 303469)
HWG LLP
1919 M St NW, Ste.8
Washington, DC 20036
202-796-0587
jbaum@hwglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Cal Allen Ferrer,<br><br>　　　　　　Defendants. | Case No. 2:18-cr-00464-DJH<br><br>**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**<br><br>Judge: Hon. Diane J. Humetewa |

　　　　Objection #1: The defense respectfully objects to the statement in paragraph 36 that states that the entities controlled by Ferrer "simply 'borrowed' most of the $603 million from other entities controlled by the sellers to finance the purchase." Rather, because Ferrer did not have any of his own funds to contribute to the purchase, he borrowed all of the funds from the sellers and their entities.

　　　　Objection #2: The defense respectfully objects to the recommendation that Mr. Ferrer be subject to a three-year term of supervised release, as made on page 56 of the report. This is an extraordinary case, where more than seven years have already passed between the entry of Mr. Ferrer's plea and his sentencing hearing. During this time, Mr. Ferrer has been a model supervisee, and has never had a single issue. Additional supervised release is not warranted in this matter.

　　　　Objection #3: The defense respectfully objects to the Special Conditions recommended on p. 56 of the report, specifically the recommendation that Mr. Ferrer be subject to computer monitoring. Mr. Ferrer has been a model supervisee for the past seven years while this matter has been pending and, critically, has not been subject to a computer monitoring condition during this time. (This makes sense because, while the Backpage website involved advertising prostitution,

there has never been any allegation that Mr. Ferrer personally engaged in inappropriate sexual conduct, nor could there be, because he has not.) Imposing computer monitoring conditions on him after he has not been subject to any such condition for the past seven years is not justified or reasonable.

Objection #4: The defense respectfully objects to Standard Condition 7, requiring Mr. Ferrer to work full-time unless excused by a probation officer. Mr. Ferrer is 64 years old and is retired. A work requirement is not merited.

Objection #5: The defense respectfully objects to the statement in paragraph 23 that states that "Ferrer served as CEO of Backpage, and in 2015, he became the owner of Backpage." This implies that Ferrer was the CEO of Backpage prior to 2015. Ferrer became the CEO in 2015.

Objection #6: The defense respectfully points out that Mr. Ferrer's mother's name is Vicky Louthan, not Vicky Ferrer.

Objection #7: The defense respectfully objects to the spelling of Mr. Ferrer's stepdaughter's name. Her name is Shelby Vest not Shelby Best.

Respectfully submitted,

/s/JONATHAN M. BAUM
JONATHAN M. BAUM
HWG LLP
1919 M St NW, Ste.8
Washington, DC 20036
202-796-0587

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document was emailed to Mr. Darren Streich, Senior U.S. Probation Officer and Mr. Kevin Rapp, counsel for the Government, at the time it was filed with the CMECF system.

                                      /s/JONATHAN M. BAUM
                                      JONATHAN M. BAUM