TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
JOSEPH F. BOZDECH
Assistant United States Attorney
California State Bar No. 303453
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: kevin.rapp@usdoj.gov
joseph.bozdech@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00464-PHX-DJH |
| Plaintiff, | |
| vs. | **NOTICE REGARDING PENDING FORFEITURE MOTIONS AND PETITIONS** |
| Carl Allen Ferrer, | |
| Defendant. | |

Plaintiff United States of American and Defendant Carl Allen Ferrer have jointly reviewed the docketed forfeiture-related motions and petitions in this matter. The Parties agree that all Petitions, Docs. 29-41, were withdrawn either upon the entry of the civil forfeiture settlement in the related case filed in the Central District of California, *United States v. $1,546,076.35 in Bank Funds*, No. CV 18-08420-RGK, or by operation of Daniel Hyer's plea agreement accepted by the Court in *United States v. Lacey*, No. CR-18-422-PHX-DJH. Accordingly, there are no pending petitions or motions related to forfeiture.

Respectfully submitted this 23rd day of September 2025.

        TIMOTHY COURCHAINE
        United States Attorney
        District of Arizona

        *s/Joseph F. Bozdech*
        JOSEPH F. BOZDECH
        KEVIN RAPP
        Assistant U.S. Attorneys

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

        *s/Jonathan M. Baum (per e-mail confirmation)*
        JONATHAN M. BAUM
        CA State Bar No. 303469
        HWG LLP
        1919 M St. NW, 8th Floor
        Washington, DC 20036
        (202) 730-1300: Telephone
        (202) 730-1301: Fax
        jbaum@hwglaw.com: Email
        Attorney for Defendant
        CARL FERRER

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Jonathan Baum
*Counsel for Defendant*

 *s/Victoria Tiffany*
U.S. Attorney's Office